# EXHIBIT "1"

## Insuring Agreement

**Chubb Group of Insurance Companies**
**15 Mountain View Road**
**Warren, NJ 07059**

*Named Insured and Mailing Address*

VIZIO, INC. DBA: V, INC.
39 TESLA
IRVINE, CA 92618

*Policy Number*   3590-42-48 SFO

*Effective Date*   DECEMBER 31, 2013

*Issued by the stock insurance company indicated below, herein called the company.*

**FEDERAL INSURANCE COMPANY**

*Incorporated under the laws of INDIANA*

*Producer No.*   0094587

*Producer*   MARSH RISK AND INSURANCE SERVICES
1732 NORTH FIRST ST.#400
SAN JOSE, CA 95112-0000

---

### Company and Policy Period

Insurance is issued by the company in consideration of payment of the required premium.

This policy is issued for the period 12:01 AM standard time at the Named Insured's mailing address shown above:

From:   DECEMBER 31, 2013          To:   DECEMBER 31, 2014

Your acceptance of this policy terminates, effective with the inception of this policy, any prior policy of the same number issued to you by us.

This Insuring Agreement together with the Premium Summary, Schedule Of Forms, Declarations, Contracts, Endorsements and Common Policy Conditions comprise this policy.

In Witness Whereof, the company issuing this policy has caused this policy to be signed by its authorized officers, but this policy shall not be valid unless also signed by a duly authorized representative of the company.

*President*

*Secretary*

Authorized  Representative

**Reference Copy**

*Liability Insurance Section*

*Declarations*

**Reference Copy**

## *Liability Insurance*

### *Schedule of Forms*

| | |
|---|---|
| *Policy Period* | DECEMBER 31, 2013   TO   DECEMBER 31, 2014 |
| *Effective Date* | DECEMBER 31, 2013 |
| *Policy Number* | 3590-42-48 SFO |
| *Insured* | VIZIO, INC. DBA: V, INC. |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | JANUARY 17, 2014 |

The following is a schedule of forms issued as of the date shown above:

| Form Number | Edition Date | Form Name | Effective Date | Date Issued |
|---|---|---|---|---|
| 80-02-6403 | 12-07 | CAP ON CERTIFIED TERRORISM LOSSES | 12/31/13 | 01/17/14 |
| 80-02-8287 | 10-09 | COVERAGE TERRITORY, SCHEDULED | 12/31/13 | 01/17/14 |
| 80-02-0010 | 4-94 | LIABILITY DECLARATIONS | 12/31/13 | 01/17/14 |
| 80-02-2000 | 4-01 | GENERAL LIABILITY | 12/31/13 | 01/17/14 |
| 80-02-2012 | 6-98 | EMPLOYEE BENEFITS ERRORS OR OMISSIONS | 12/31/13 | 01/17/14 |
| 80-02-2047 | 9-09 | LIAB GLOBAL EXTENSION W/CONTROLLED UL INS | 12/31/13 | 01/17/14 |
| 80-02-2328 | 4-01 | CUMIS - CALIFORNIA | 12/31/13 | 01/17/14 |
| 80-02-2442 | 6-98 | PREMIUM AUDIT | 12/31/13 | 01/17/14 |
| 80-02-2651 | 4-01 | CUMIS - CALIFORNIA | 12/31/13 | 01/17/14 |
| 80-02-2668 | 8-01 | EXCL. BIOLOGICAL AGENTS, TOTAL | 12/31/13 | 01/17/14 |
| 80-02-6528 | 4-05 | EXCLUSION - INFORMATION DISTRIBUTION LAWS | 12/31/13 | 01/17/14 |
| 80-02-6541 | 3-05 | CONDITION - PREMIUM AUDIT | 12/31/13 | 01/17/14 |
| 80-02-6595 | 5-06 | DEDUCTIBLES | 12/31/13 | 01/17/14 |
| 80-02-8303 | 9-09 | LIAB - APPLICABILITY OF GLOBAL EXT | 12/31/13 | 01/17/14 |

**Reference Copy**

*last page*

## Liability Global Extension
## With Controlled Underlying Insurance

## Table Of Contents

| Section | Page No. |
|---|---|
| *Applicability Of This Global Extension* | *3* |
| *Coverages* | *3* |
| *Joint Investigation, Defense And Settlement Duties* | *5* |
| *Limits Of Insurance* | *6* |
| *Conditions* | *7* |
| *Definitions* | *11* |
| *Schedule* | *12* |

**Reference Copy**

LIABILITY

CONTRACT

LIABILITY GLOBAL EXTENSION WITH

CONTROLLED UNDERLYING INSURANCE

*THIS PAGE INTENTIONALLY LEFT BLANK*

**Reference Copy**

## Liability Global Extension
## With Controlled Underlying Insurance

### Contract

**Applicability Of This Global Extension**

The additions, deletions and modifications contained in this Global Extension apply only to the insurance afforded by this Global Extension and only with respect to claims, suits or other loss circumstances happening outside the United States of America (including its possessions and territories) and Puerto Rico. However, this Global Extension does not apply to a suit brought in the United States of America or Puerto Rico.

Unless otherwise specified in this Global Extension:

·     all other terms and conditions of this insurance remain unchanged; and

·     this insurance is not subject to the terms and conditions of any **underlying insurance** or other insurance.

The most that will be payable under this insurance and under all **controlled underlying insurance** is fixed as set forth in the Limits Of Insurance provisions of this insurance and as described in the Limits Of Insurance - Special Provisions of this Global Extension.

The use of the words damages, loss, cost or expense in any provision does not expand any coverages under this insurance.

Under Coverages, the following provisions are added.

### Coverages

**Difference In Limits/Excess Provision**

Subject to all the terms and conditions of this insurance, we will pay or reimburse damages, loss, cost or expense to which this insurance applies, but only:

·     that part of such damages, loss, cost or expense which exceeds all applicable limits of **underlying insurance**;

·     to the extent that the damages, loss, cost or expense would be payable under the terms and conditions of such **underlying insurance** but for the exhaustion of the limits of the **underlying insurance** (by its terms and conditions) by payment of judgments, settlements or costs or expenses (if such costs or expenses reduce such limits); and

·     to the extent that the Limits Of Insurance of this insurance have not been used up as described in the Limits Of Insurance provisions of this insurance.

This Difference In Limits/Excess Provision applies only if all applicable limits of **underlying insurance**, by its terms and conditions, are:

·     reduced by payment of judgments, settlements or costs or expenses (if such costs or expenses reduce such limits); in such event, this insurance will drop down to apply in excess of the remaining amount of the applicable limits of **underlying insurance**; or

·     exhausted by payment of judgments, settlements or costs or expenses (if such costs or expenses reduce such limits); in such event this insurance will apply in place of such **underlying insurance**.

This Difference In Limits/Excess Provision does not apply to any part of any:

A.     amounts within the limits of **underlying insurance**, regardless of whether or not such **underlying insurance** is available or collectible.

B.     amounts for which the liability or obligation under **underlying insurance** is by law unlimited, regardless of whether or not such **underlying insurance** is available or collectible.

C.     costs or expenses related to any amounts as described in subparagraphs A. or B. above.

**Reference Copy**

## *Coverages*
(continued)

*Collectibility Provision*

A. Subject to all the terms and conditions of this insurance, we will pay or reimburse damages, loss, cost or expense to which this insurance applies, but only to the extent that such damages, loss, cost or expense:

　　1. are not collectible under **controlled underlying insurance**; and

　　2. would otherwise be payable under the terms and conditions of such **controlled underlying insurance**.

B. This Collectibility Provision applies only if the damages loss, cost or expense are not collectible under **controlled underlying insurance** because the insurer of the **controlled underlying insurance**:

　　1. is **financially impaired**; or

　　2. has not paid within a reasonable period of time from the date of entry of final judgment or the date of settlement that determines the amount the insured is legally obligated to pay.

C. This Collectibility Provision does not apply to any part of any:

　　1. amounts within the limits of **underlying insurance** provided by any insurer other than an insurer of **controlled underlying insurance** (regardless of whether or not such **underlying insurance** is provided as coinsurance with an insurer of **controlled underlying insurance**).

　　2. deductible, participation or retention (including any amounts allocated to and required to be paid by the insured).

　　3. amounts claimed by any conservator, liquidator or statutory successor of any insurer.

　　4. costs or expenses related to any amounts described in subparagraphs C.1, C.2. or C.3. above.

D. As a condition precedent to the applicability of this Collectibility Provision, you must:

　　1. comply with all of the terms and conditions, including any duty to report claims, suits or other loss circumstances, applicable to this insurance and any **controlled underlying insurance**.

　　2. upon our request, submit a sworn proof of loss to us, even though you or any other insured may have made a similar statement to the applicable insurer.

　　3. cooperate with us to obtain, for our benefit, all of the insured's rights and all of the rights of the insurers of **controlled underlying insurance** (in connection with such **controlled underlying insurance**), including any indemnifications and recoveries from any government or others.

E. If payment is ultimately made to you or any other insured under any **controlled underlying insurance**, then you must promptly reimburse us for any payment that we have made under this provision. You must make such reimbursements in currencies and jurisdictions that are mutually acceptable.

**Reference Copy**

### Liability Global Extension
### With Controlled Underlying Insurance

**Coverages**
*(continued)*

**Differences In
Terms/Conditions
Provision**

Subject to all the terms and conditions of this insurance, we will pay or reimburse damages, loss, cost or expense to which this insurance applies, but only to the extent that there is no **underlying insurance** applicable to such damages, loss, cost or expense.

This Differences In Terms/Conditions Provision does not apply to any part of any:

A.  amounts to which any **underlying insurance** by its terms and conditions would apply, regardless of whether or not:

   1.  **underlying insurance** is available or collectible; or

   2.  the limits of **underlying insurance** have been exhausted.

B.  amounts to which any **underlying insurance** by its terms and conditions would have applied, but for a limitation in such insurance with respect to:

   1.  when an **event trigger** happens or when a claim is made or reported; or

   2.  the amount of the limits of insurance of such insurance.

C.  deductible, participation or retention (including any amounts allocated to and required to be paid by the insured).

D.  costs or expenses related to any amounts as described in subparagraphs A., B. or C. above.

As a condition precedent to the applicability of this Differences In Terms/Conditions Provision you must comply with all of the terms and conditions, including any duty to report claims, suits or other loss circumstances, applicable to this insurance and any **underlying insurance**.

---

**Joint Investigation,
Defense And
Settlement Duties**

The following section is added.

Subject to all of the terms and conditions of this insurance, we will have the right to investigate, defend or settle any claim, suit or other loss circumstance as set forth in this insurance; however, notwithstanding anything to the contrary contained elsewhere in this insurance:

A.  we have no duty to investigate, defend or settle any claim, suit or other loss circumstance:

   1.  with respect to any part of any damages, loss, cost or expense to which this insurance does not apply;

   2.  if the terms and conditions of **underlying insurance** apply to such claim, suit or other loss circumstance;

   3.  under the Difference In Limits/Excess Provision or Collectibility Provision of this insurance; or

   4.  in any jurisdiction where we are:

      a.  not licensed or permitted to do business; or

      b.  prevented by law or otherwise from investigating, defending or settling a claim, suit or other loss circumstance.

B.  you and any other insured must:

   1.  see to it that any investigation, defense or settlement of any claim, suit or other loss circumstance is conducted as we deem reasonable.

   2.  take all steps, as appropriate, to avoid any default in any claim, suit or proceeding.

   3.  obtain our approval for any payment.

**Reference Copy**

**Joint Investigation,**
**Defense And**
**Settlement Duties**
*(continued)*

    4.    effect payments to others with our approval.

C.    we may, at our discretion:

    1.    participate in any investigation, defense or settlement of any claim, suit or other loss circumstance.

    2.    adjust and coordinate any claim, suit or other loss circumstance with the first named insured. However, the first named insured is ultimately responsible for the proper apportionment of any payment made under this insurance.

D.    we may make advances, payments or reimbursements of damages, loss, cost or expense to which this insurance applies, as described in the provision titled Advances Or Reimbursements.

---

## Limits Of Insurance

Under Limits Of Insurance, the following provision is added.

*Limits Of Insurance -*
*Special Provisions*

The following Special Provisions, including the Controlled Underlying Other Aggregate Limit (described in paragraph D.), are added to the Limits Of Insurance provisions of this insurance and will also be deemed to apply to the limits of insurance provisions of any **controlled underlying insurance**.

All such provisions will apply for purposes of determining the most that will be payable under this insurance or any **controlled underlying insurance** or any combination thereof.

A.    The limits of insurance of any **controlled underlying insurance** will be deemed to be part of (and will not be in addition to), as applicable:

    1.    the Limits Of Insurance shown in the Declarations of this insurance; or

    2.    the Controlled Underlying Other Aggregate Limit.

B.    Further, there is no obligation under this insurance or any **controlled underlying insurance** or any combination thereof to make any payment that exceeds, as applicable:

    1.    the Limits Of Insurance shown in the Declarations of this insurance; or

    2.    the lesser of:

        a.    the applicable limits of insurance of **controlled underlying insurance**; or

        b.    the Controlled Underlying Other Aggregate Limit.

C.    Any amounts actually paid under any **controlled underlying insurance** for judgments, settlements or costs or expenses will be deemed to reduce, as applicable:

    1.    the Limits Of Insurance shown in the Declarations of this insurance, if such amounts would have otherwise reduced such limits; or

    2.    the Controlled Underlying Other Aggregate Limit, if such amounts reduce the applicable limits of insurance of **controlled underlying insurance**.

D.    *Controlled Underlying Other Aggregate Limit*

Subject to all applicable limits of any **controlled underlying insurance**, the Controlled Underlying Other Aggregate Limit shown in the Schedule of this Global Extension is the most that will be payable under all **controlled underlying insurance** for the sum of all amounts for judgments, settlements or costs or expenses (if such costs or expenses reduce the applicable limits of **controlled underlying insurance**) that are covered by the terms and conditions of **controlled underlying insurance**, but which are not covered by the terms and conditions of this insurance.

<span style="color:red">**Reference Copy**</span>

## Liability Global Extension
## With Controlled Underlying Insurance

## Limits Of Insurance

*Limits Of Insurance -*
*Special Provisions*
*(continued)*

If the Controlled Underlying Other Aggregate Limit is used up as described throughout these Special Provisions, then all obligations of the insurers of all **controlled underlying insurance** will be deemed to end in connection with amounts to which such limit would have otherwise applied.

E.  If the Limits Of Insurance shown in the Declarations of this insurance are used up as described throughout these Special Provisions, then all obligations of the insurers of this insurance and of all **controlled underlying insurance** will be deemed to end in connection with amounts to which such limits would have otherwise applied.

F.  The changes to any limits of insurance as described in these Special Provisions apply regardless of whether any other amounts or rules would have otherwise applied (as described under the Limits Of Insurance provisions of this insurance or the limits of insurance provisions of all **controlled underlying insurance**) in the absence of these Special Provisions.

G.  If any amounts are paid under this insurance or any **controlled underlying insurance** or any combination thereof that exceed any limits of insurance as described throughout these Special Provisions, then you must promptly reimburse us or the insurer of such **controlled underlying insurance** for any such payment. You must make such reimbursements in currencies and jurisdictions that are mutually acceptable.

## Conditions

Under Conditions, the following conditions are added.

*Advances Or*
*Reimbursements*

Subject to the provision titled Joint Investigation, Defense And Settlement Duties:

·  we may, at our discretion, advance or pay; or

·  we will reimburse;

amounts to you or others for our share of damages, loss, cost or expense to which this insurance applies.

In connection with the foregoing, we will only advance, pay or reimburse amounts for costs or expenses that are necessary and reasonable and which are incurred with our consent.

Further, with respect to any amounts in connection with a settlement, we will only advance, pay or reimburse the damages, loss, cost or expense that are incurred with our consent.

We will only make advances, payments or reimbursements in currencies and jurisdictions that are mutually acceptable.

In no event will any advances, payments or reimbursements result in any increase in the Limits Of Insurance.

*Appeals*

With respect to the Difference In Limits/Excess Provision, we may, at our discretion, initiate or participate in an appeal of a judgment if such judgment may result in a payment under this insurance.

In no event will any appeal result in any increase in the Limits Of Insurance.

**Reference Copy**

## Conditions
*(continued)*

**Cancellation Or Nonrenewal - Special Provisions**

Unless we agree otherwise:

· the following provisions will be deemed to apply to any **controlled underlying insurance** and to this insurance.

· except to the extent prevented by law, cancellation of this Global Extension will be deemed to result in simultaneous cancellation of any **controlled underlying insurance**.

· except to the extent prevented by law, nonrenewal of this Global Extension will be deemed to result in simultaneous nonrenewal or cancellation of any **controlled underlying insurance**.

· if any payment is made under this insurance or any **controlled underlying insurance** that is not otherwise required to be made because cancellation or nonrenewal of any **controlled underlying insurance** is prevented by law or otherwise, then you must promptly reimburse us (or the insurer that made the payment) for any such payment. You must make such reimbursements in currencies and jurisdictions that are mutually acceptable.

**Currency**

Amounts under this insurance are expressed and payable in United States of America currency.

However, at our discretion, we may pay damages, loss, cost or expense in another currency.

In the event of damages, loss, cost or expense involving another currency, conversion into or from such currency shall be computed as follows:

· with respect to judgments or settlements, amounts shall be computed at a free rate of exchange as soon as practicable following the date of entry of final judgment or the date of settlement.

· with respect to elements of loss other than payments for judgments or settlements, amounts shall be computed at a free rate of exchange as soon as practicable following the date of our agreement to release payment for such element of loss.

In no event will any conversion into or from another currency result in any increase in the Limits Of Insurance as expressed in United States of America currency.

**Maintenance Of Compulsory Admitted Insurance And Required Specific Insurance**

This insurance is not a substitute for any **compulsory admitted insurance** in any jurisdiction, regardless of whether this insurance would otherwise be accepted or qualify as **compulsory admitted insurance** in any jurisdiction.

If a Required Specific Insurance Endorsement is made a part of this insurance, then it is agreed that:

· we have provided this insurance based upon any representations made by you or on your behalf about any **required specific insurance**;

· we have provided this insurance in reliance upon any such representations; and

· this insurance is not a substitute for any **required specific insurance**.

It is your responsibility to see to it that any **compulsory admitted insurance** and any **required specific insurance** (including the limits of insurance and all other terms and conditions thereof) and any renewal or replacement thereof:

· is obtained and remains valid and in full force and effect.

**Reference Copy**

## Liability Global Extension
## With Controlled Underlying Insurance

### Conditions

**Maintenance Of Compulsory Admitted Insurance And Required Specific Insurance**
*(continued)*

· will have limits no less than and terms and conditions no more restrictive than those required by law or as set forth in any Required Specific Insurance Endorsement.

· will not be canceled, non-renewed or rescinded without replacement by insurance to which we agree.

· will not materially change, unless the change is required by law or is otherwise agreed to by us.

· is and remains available and collectible, regardless of whether or not any insurer or any other person or organization is or becomes **financially impaired**.

· will not be reduced or exhausted, except for the reduction or exhaustion (by its terms and conditions) by payment of judgments, settlements or cost or expenses (if such costs or expenses reduce such limits).

This provision applies regardless of whether or not you obtain such **compulsory admitted insurance** or **required specific insurance** from us or any other insurer.

Failure to comply with this provision will not invalidate this insurance. In no event will our obligations exceed that which would have applied absent any failure to comply with this provision.

You must notify us as soon as practicable if any **compulsory admitted insurance** or **required specific insurance** is no longer valid or in full force and effect.

---

### Conditions

Under Conditions, the condition titled Other Insurance is deleted and replaced by the following.

**Other Insurance**

If other valid and collectible insurance (including any bond or other mechanism for funding of loss) is available to any insured or other qualifying interest (under this insurance) for any damages, loss, cost or expense we would otherwise cover under this insurance, then our obligations are limited as follows.

This insurance is excess over, and will not contribute with, any other insurance (whether primary, excess, contingent or on any other basis) including any other insurer's antecedent or replacement of this insurance or any such other insurance under which any insured or other qualifying interest (under this insurance) is included as an insured or other qualifying interest under such other insurance.

We will pay only our share of amounts, if any, that exceed the sum of the total amounts:

A. that all such other insurance, bonds or other mechanisms would pay for any damages, loss, cost or expense in the absence of this insurance, including under any available:

    1. discovery period or extended reporting period;

    2. reinstatement of limits or supplemental or other limits; and

B. of any deductible, participation or retention (including any amounts allocated to and required to be paid by the insured) in connection with any insurance, bond or other mechanism described above.

This provision applies regardless of whether or not any of the foregoing is **required specific insurance**.

<div align="center" style="color:red">**Reference Copy**</div>

## Conditions

*Other Insurance*
*(continued)*

This provision does not apply to:

- insurance negotiated specifically to apply in excess of the Limits Of Insurance shown in the Declarations of this insurance.

- the Collectibility Provision.

**Reference Copy**

## Liability Global Extension
## With Controlled Underlying Insurance

Under Definitions, the following definitions are added.

**Definitions**

**Admitted Insurance**

**Admitted insurance** means insurance, bonds or other mechanisms to be arranged for funding of loss and to be provided by a person or organization licensed or permitted by law to do such business in a given jurisdiction.

**Authorized Correspondent**

**Authorized correspondent** means an insurer, other than a member company of the Chubb Group of Insurance Companies, that we indicate is our correspondent, but only for each specific insurance transaction we authorize.

**Compulsory Admitted Insurance**

**Compulsory admitted insurance** means **admitted insurance** required to be in force to satisfy the legal requirements of a given jurisdiction.

**Controlled Underlying Insurance**

**Controlled underlying insurance** means insurance:

· that is negotiated specifically to apply as primary insurance to the insurance afforded under this Global Extension; and

· which a member company of the Chubb Group of Insurance Companies or an **authorized correspondent** provides to you or **your subsidiary**.

**Event Trigger**

**Event trigger** refers to the:

· injury, damage or other loss; or

· accident, act, occurrence, offense or other cause of loss;

that must happen for coverage to apply as described under the applicable coverage.

**Financially Impaired**

**Financially impaired** means declared or placed in bankruptcy, conservation, liquidation, receivership or rehabilitation by a court or regulatory authority having jurisdiction.

**Required Specific Insurance**

**Required specific insurance** means insurance that is described in any Required Specific Insurance Endorsement.

**Underlying Insurance**

**Underlying insurance**:

A.  means:

1.  **compulsory admitted insurance**;

2.  **controlled underlying insurance**; and

3.  any other insurance, bonds or other mechanisms arranged for funding of loss;

regardless of whether or not any of the foregoing is **required specific insurance**.

<div style="text-align:center; color:red;">**Reference Copy**</div>

## *Definitions*

| | | |
|---|---|---|
| *Underlying Insurance* (continued) | B. | includes any: |
| | | 1.  available discovery period or extended reporting period; |
| | | 2.  available reinstatement of limits or supplemental or other limits; and |
| | | 3.  deductible, participation or retention (including any amounts allocated to and required to be paid by the insured). |
| | C. | does not include insurance negotiated specifically to apply in excess of the Limits Of Insurance shown in the Declarations of this insurance. |

| | |
|---|---|
| *Your Subsidiary* | **Your subsidiary** means an organization of which the first named insured controls, either directly or indirectly, more than fifty percent of the interests entitled to vote generally in the election of the governing body of such organization |

| | |
|---|---|
| *Schedule* | Controlled Underlying Other Aggregate Limit:   $1,000,000 |

<span style="color:red">**Reference Copy**</span>

*L
I
A
B
I
L
I
T
Y*

## *Liability Insurance*

### *General Liability*

### *Table Of Contents*

*C
O
N
T
R
A
C
T*

| *Section* | *Page No.* |
|---|---|
| *Coverages* | *3* |
| *Investigation, Defense And Settlements* | *4* |
| *Supplementary Payments* | *4* |
| *Coverage Territory* | *5* |
| *Who Is An Insured* | *5* |
| *Limits Of Insurance* | *9* |
| *Bodily Injury/Property Damage Exclusions* | *10* |
| *Advertising Injury/Personal Injury Exclusions* | *14* |
| *Medical Expenses Exclusions* | *15* |
| *Policy Exclusions* | *16* |
| *Conditions* | *20* |
| *Definitions* | *25* |

*G
E
N
E
R
A
L

L
I
A
B
I
L
I
T
Y*

**Reference Copy**

*THIS PAGE INTENTIONALLY LEFT BLANK*

**Reference Copy**

## *General Liability*

## *Contract*

Please read the entire policy carefully. The terms and conditions of this insurance include the various sections of this contract: Coverages; Investigation, Defense And Settlements; Supplementary Payments; Coverage Territory; Who Is An Insured; Limits Of Insurance; Exclusions; Conditions; and Definitions, as well as the Declarations, Common Policy Conditions and any Endorsements and Schedules made a part of this insurance.

Throughout this contract the words "you" and "your" refer to the Named **Insured** shown in the Declarations and other persons or organizations qualifying as a Named **Insured** under this contract. The words "we," "us" and "our" refer to the Company providing this insurance.

In addition to the Named **Insured**, other persons or organizations may qualify as **insureds**. Those persons or organizations and the conditions under which they qualify are identified in the Who Is An Insured section of this contract.

Words and phrases that appear in **bold** print have special meanings and are defined in the Definitions section of this contract.

### *Coverages*

*Bodily Injury And Property Damage Liability Coverage*

Subject to all of the terms and conditions of this insurance, we will pay damages that the **insured** becomes legally obligated to pay by reason of liability:

·   imposed by law; or

·   assumed in an **insured contract**;

for **bodily injury** or **property damage** caused by an **occurrence** to which this coverage applies.

This coverage applies only to such **bodily injury** or **property damage** that occurs during the policy period.

Damages for **bodily injury** include damages claimed by a person or organization for care or loss of services resulting at any time from the **bodily injury**.

Other than as provided under the Investigation, Defense And Settlements and Supplementary Payments sections of this contract, we have no other obligation or liability to pay sums or perform acts or services under this coverage.

*Advertising Injury And Personal Injury Liability Coverage*

Subject to all of the terms and conditions of this insurance, we will pay damages that the **insured** becomes legally obligated to pay by reason of liability:

·   imposed by law; or

·   assumed in an **insured contract**;

for **advertising injury** or **personal injury** to which this coverage applies.

This coverage applies only to such **advertising injury** or **personal injury** caused by an offense that is first committed during the policy period.

Other than as provided under the Investigation, Defense And Settlements and Supplementary Payments sections of this contract, we have no other obligation or liability to pay sums or perform acts or services under this coverage.

**Reference Copy**

## Coverages
*(continued)*

| | |
|---|---|
| *Medical Expenses Coverage* | Subject to all of the terms and conditions of this insurance, we will pay **medical expenses** for **bodily injury** caused by an accident to which this coverage applies: |

·     that takes place on premises rented to or owned by you; or

·     in connection with your operations;

provided that such:

·     accident occurs during the policy period;

·     expenses are incurred and reported to us within three (3) years of the date of the accident; and

·     person who sustained such **bodily injury** submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

We will make these payments regardless of fault.

We have no other obligation or liability under this coverage.

### Investigation, Defense And Settlements

Subject to all of the terms and conditions of this insurance, we will have the right and duty to defend the **insured** against a **suit**, even if such **suit** is false, fraudulent or groundless.

If such a **suit** is brought, we will pay reasonable attorney fees and necessary litigation expenses to defend:

·     the **insured**; and

·     if applicable, the indemnittee of the **insured**, provided the obligation to defend, or the cost of the defense of, such indemnittee has been assumed by such **insured** in an **insured contract**.

Such attorney fees and litigation expenses will be paid as described in the Supplementary Payments section of this contract.

We have no duty to defend any person or organization against any **suit** seeking damages to which this insurance does not apply.

We may, at our discretion, investigate any **occurrence** or offense and settle any claim or **suit**.

Our duty to defend any person or organization ends when we have used up the applicable Limit Of Insurance.

### Supplementary Payments

Subject to all of the terms and conditions of this insurance, we will pay, with respect to a claim we investigate or settle, or a **suit** against an **insured** we defend:

A.     the expenses we incur.

B.     the cost of:

     1.     bail bonds; or

     2.     bonds required to:

         a.     appeal judgments; or

<p style="text-align:center; color:red;">Reference Copy</p>

## General Liability

**Supplementary Payments**
*(continued)*

    b.    release attachments;

but only for bond amounts within the available Limit Of Insurance. We do not have to furnish these bonds.

C.    reasonable expenses incurred by the **insured** at our request to assist us in the investigation or defense of such claim or **suit**, including actual loss of earnings up to $1000 a day because of time off from work.

D.    costs taxed against the **insured** in the **suit**, except any:

    1.    attorney fees or litigation expenses; or

    2.    other loss, cost or expense;

in connection with any injunction or other equitable relief.

E.    prejudgment interest awarded against the **insured** on that part of a judgment we pay. If we make an offer to pay the applicable Limit Of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

F.    interest on the full amount of a judgment that accrues after entry of the judgment and before we have paid, offered to pay or deposited in court the part of the judgment that is within the applicable Limit Of Insurance.

Supplementary Payments does not include any fine or other penalty.

These payments will not reduce the Limits Of Insurance.

Our obligation to make these payments ends when we have used up the applicable Limit Of Insurance.

**Coverage Territory**

This insurance applies anywhere, provided the **insured**'s responsibility to pay damages, to which this insurance applies, is determined in a **suit** on the merits brought in the United States of America (including its possessions and territories), Canada or Puerto Rico, or in a settlement to which we agree.

## Who Is An Insured

*Sole Proprietorships*

If you are an individual, you and your spouse are **insureds**; but you and your spouse are **insureds** only with respect to the conduct of a business of which you are the sole owner.

If you die:

·    persons or organizations having proper temporary custody of your property are **insureds**; but they are **insureds** only with respect to the maintenance or use of such property and only for acts until your legal representative has been appointed; and

·    your legal representatives are **insureds**; but they are **insureds** only with respect to their duties as your legal representatives. Such legal representatives will assume your rights and duties under this insurance.

**Reference Copy**

## Who Is An Insured
*(continued)*

| | |
|---|---|
| *Partnerships Or Joint Ventures* | If you are a partnership (including a limited liability partnership) or a joint venture, you are an **insured**. Your members, your partners and their spouses are **insureds**; but they are **insureds** only with respect to the conduct of your business. |

*Limited Liability Companies*

If you are a limited liability company, you are an **insured**. Your members and their spouses are **insureds**; but they are **insureds** only with respect to the conduct of your business. Your managers are **insureds**; but they are **insureds** only with respect to their duties as your managers.

*Other Organizations*

If you are an organization (including a professional corporation) other than a partnership, joint venture or limited liability company, you are an **insured**. Your directors and **officers** are **insureds**; but they are **insureds** only with respect to their duties as your directors or **officers**. Your stockholders and their spouses are **insureds**; but they are **insureds** only with respect to their liability as your stockholders.

*Employees*

Your **employees** are **insureds**; but they are **insureds** only for acts within the scope of their employment by you or while performing duties related to the conduct of your business.

However, no **employee** is an **insured** for:

A. **bodily injury**, **advertising injury** or **personal injury**:

    1. to you, to any of your directors, managers, members, **officers** or partners (whether or not an **employee**) or to any co-**employee** while such injured person is either in the course of his or her employment or while performing duties related to the conduct of your business;

    2. to the brother, child, parent, sister or spouse of such injured person as a consequence of any injury described in subparagraph A.1. above; or

    3. for which there is any obligation to share damages with or repay someone else who must pay damages because of any injury described in subparagraphs A.1. or A.2. above.

With respect to **bodily injury** only, this limitation does not apply to:

·    you or to your directors, managers, members, **officers**, partners or supervisors as **insureds**; or

·    your **employees**, as **insureds**, with respect to such damages caused by cardio-pulmonary resuscitation or first aid services administered by such an **employee**; or

B. **property damage** to any property owned, occupied or used by you or by any of your directors, managers, members, **officers** or partners (whether or not an **employee**) or by any of your **employees**.

This limitation does not apply to **property damage** to premises while rented to you or temporarily occupied by you with permission of the owner.

**Reference Copy**

## *General Liability*

### *Who Is An Insured*
*(continued)*

*Volunteers*

Persons who are volunteer workers for you are **insureds**; but they are **insureds** only for acts within the scope of their activities for you and at your direction.

*Real Estate Managers*

Persons (other than your **employees**) or organizations acting as your real estate managers are **insureds**; but they are **insureds** only with respect to their duties as your real estate managers.

*Permissive Users Of Mobile Equipment*

With respect to **mobile equipment** registered in your name under a motor vehicle registration law:

A.   persons driving such equipment on a public road with your permission are **insureds**; and

B.   persons or organizations responsible for the conduct of such persons described in subparagraph A. above are **insureds**; but they are **insureds** only with respect to the operation of the equipment and only if no other insurance of any kind is available to them.

However, no person or organization is an **insured** with respect to:

·   **bodily injury** to any co-**employee** of the person driving the equipment; or

·   **property damage** to any property owned or occupied by or loaned or rented to you, or in your charge or the charge of the employer of any person who is an **insured** under this provision.

*Vendors*

Persons or organizations who are vendors of **your products** are **insureds**; but they are **insureds** only with respect to their liability for damages for **bodily injury** or **property damage** resulting from the distribution or sale of **your products** in the regular course of their business and only if this insurance applies to the **products-completed operations hazard**.

However, no such person or organization is an **insured** with respect to any:

·   assumption of liability by them in a contract or agreement. This limitation does not apply to the liability for damages for **bodily injury** or **property damage** that such vendor would have in the absence of such contract or agreement;

·   representation or warranty unauthorized by you;

·   physical or chemical change in **your products** made intentionally by the vendor;

·   repackaging, unless unpacked solely for the purpose of inspection, demonstration or testing, or the substitution of parts under instruction from the manufacturer and then repacked in the original container;

·   failure to make such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business in connection with the distribution or sale of **your products**;

·   demonstration, installation, servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of **your products**; or

·   of **your products** which, after distribution or sale by you, have been labeled or relabeled or used as a container, ingredient or part of any other thing or substance by or for the vendor.

<span style="color:red">**Reference Copy**</span>

## Who Is An Insured

| | |
|---|---|
| *Vendors*<br>*(continued)* | Further, no person or organization from whom you have acquired **your products**, or any container, ingredient or part entering into, accompanying or containing **your products**, is an **insured** under this provision. |

*Lessors Of Equipment*

Persons or organizations from whom you lease equipment are **insureds**; but they are **insureds** only with respect to the maintenance or use by you of such equipment and only if you are contractually obligated to provide them with such insurance as is afforded by this contract.

However, no such person or organization is an **insured** with respect to any:

· damages arising out of their sole negligence; or

· **occurrence** that occurs, or offense that is committed, after the equipment lease ends.

*Lessors Of Premises*

Persons or organizations from whom you lease premises are **insureds**; but they are **insureds** only with respect to the ownership, maintenance or use of that particular part of such premises leased to you and only if you are contractually obligated to provide them with such insurance as is afforded by this contract.

However, no such person or organization is an **insured** with respect to any:

· damages arising out of their sole negligence;

· **occurrence** that occurs, or offense that is committed, after you cease to be a tenant in the premises; or

· structural alteration, new construction or demolition operations performed by or on behalf of them.

*Subsidiary Or Newly Acquired Or Formed Organizations*

If there is no other insurance available, the following organizations will qualify as named **insureds**:

· a subsidiary organization of the first named **insured** shown in the Declarations of which, at the beginning of the policy period and at the time of loss, such first named **insured** controls, either directly or indirectly, more than fifty (50) percent of the interests entitled to vote generally in the election of the governing body of such organization; or

· a subsidiary organization of the first named **insured** shown in the Declarations that such first named **insured** acquires or forms during the policy period, if at the time of loss such first named **insured** controls, either directly or indirectly, more than fifty (50) percent of the interests entitled to vote generally in the election of the governing body of such organization.

*Limitations On Who Is An Insured*

A. Except to the extent provided under the Subsidiary Or Newly Acquired Or Formed Organizations provision above, no person or organization is an **insured** with respect to the conduct of any person or organization that is not shown as a named **insured** in the Declarations.

B. No person or organization is an **insured** with respect to the:

1. ownership, maintenance or use of any assets; or

2. conduct of any person or organization whose assets, business or organization;

<div align="center">**Reference Copy**</div>

## *General Liability*

### *Who Is An Insured*

| | |
|---|---|
| *Limitations On Who Is An Insured* *(continued)* | you acquire, either directly or indirectly, for any:

· **bodily injury** or **property damage** that occurred; or

· **advertising injury** or **personal injury** arising out of an offense first committed;

in whole or in part, before you, directly or indirectly, aquired such assets, business or organization. |

### *Limits Of Insurance*

The Limits Of Insurance shown in the Declarations and the rules below fix the most we will pay, regardless of the number of:

· **insureds**;

· claims made or **suits** brought; or

· persons or organizations making claims or bringing **suits**.

The Limits Of Insurance apply separately to each consecutive annual period and to any remaining period of less than twelve (12) months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than twelve (12) months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits Of Insurance.

*General Aggregate Limit*

Subject to the Each Occurrence Limit, the General Aggregate Limit is the most we will pay for the sum of:

· damages for **bodily injury** and **property damage**, except damages included in the **products-completed operations hazard**; and

· **medical expenses**.

*Products-Completed Operations Aggregate Limit*

Subject to the Each Occurrence Limit, the Products-Completed Operations Aggregate Limit is the most we will pay for the sum of damages for **bodily injury** and **property damage** included in the **products-completed operations hazard**.

*Advertising Injury And Personal Injury Aggregate Limit*

The Advertising Injury And Personal Injury Aggregate Limit is the most we will pay for the sum of damages for **advertising injury** and **personal injury**.

*Each Occurrence Limit*

The Each Occurrence Limit is the most we will pay for the sum of:

· damages for **bodily injury** and **property damage**; and

· **medical expenses**;

arising out of any one **occurrence**.

Any amount paid for damages or **medical expenses** will reduce the amount of the applicable aggregate limit available for any other payment.

**Reference Copy**

## *Limits Of Insurance*

| | |
|---|---|
| *Each Occurrence Limit (continued)* | If the applicable aggregate limit has been reduced to an amount that is less than the Each Occurrence Limit, the remaining amount of such aggregate limit is the most that will be available for any other payment. |

| | |
|---|---|
| *Damage To Premises Rented To You Limit* | Subject to the Each Occurrence Limit, the Damage To Premises Rented To You Limit is the most we will pay for the sum of damages for **property damage** to any one premises while rented to you or temporarily occupied by you with permission of the owner. |

| | |
|---|---|
| *Medical Expenses Limit* | Subject to the Each Occurrence Limit, the Medical Expenses Limit is the most we will pay for the sum of **medical expenses**, under Medical Expenses coverage, for **bodily injury** sustained by any one person. |

## *Bodily Injury/Property Damage Exclusions*

None of the following exclusions, except "Contracts", "Expected Or Intended Injury" and "Loss In Progress", apply to **property damage** to premises while rented to you or temporarily occupied by you with permission of the owner.

### *Aircraft, Autos Or Watercraft*

This insurance does not apply to **bodily injury** or **property damage** arising out of the ownership, maintenance, use (use includes operation and **loading or unloading**) or entrustment to others of any:

- · aircraft;
- · **auto**; or
- · watercraft;

owned or operated by or loaned or rented to any **insured**.

This exclusion does not apply to:

A.  a watercraft while ashore on premises owned by or rented to you;

B.  a watercraft you do not own, provided that it:

  1.  is less than fifty-five (55) feet long; and

  2.  does not transport persons or cargo for a charge;

C.  the parking of an **auto** on premises owned by or rented to you, provided the **auto** is not owned by or loaned or rented to you or the **insured**;

D.  the liability for damages assumed in an **insured contract** resulting from the ownership, maintenance or use, by others, of an aircraft or watercraft;

E.  the operation of the equipment described in subparagraphs F.2. or F.3. of the definition of **mobile equipment**; or

F.  an aircraft you do not own, provided that:

  1.  the pilot in command holds a currently effective certificate, issued by the duly constituted authority of the United States of America or Canada, designating that person as a commercial or airline transport pilot;

<p style="text-align: center; color: red;">**Reference Copy**</p>

## General Liability

**Bodily Injury/Property Damage Exclusions**

| | |
|---|---|
| *Aircraft, Autos Or Watercraft (continued)* | 2.    it is rented with a trained, paid crew; and |
| | 3.    it does not transport persons or cargo for a charge |

| | |
|---|---|
| *Alcoholic Beverage Type Businesses* | This insurance does not apply to **bodily injury** or **property damage** for which any **insured** may be held liable by reason of: |
| | ·    causing or contributing to the intoxication of any person; |
| | ·    furnishing alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or |
| | ·    any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages. |
| | This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. |

| | |
|---|---|
| *Contracts* | This insurance does not apply to **bodily injury** or **property damage** for which the **insured** is obligated to pay damages by reason of assumption of liability in a contract or agreement. |
| | This exclusion does not apply to the liability for damages: |
| | ·    that such **insured** would have in the absence of such contract or agreement; or |
| | ·    assumed in an oral or written contract or agreement that is an **insured contract**, provided the **bodily injury** or **property damage**, to which this insurance applies, occurs after the execution of such contract or agreement. |

| | |
|---|---|
| *Damage To Alienated Premises* | This insurance does not apply to **property damage** to any premises you sell, give away or abandon, if the **property damage** arises out of any part of those premises. |
| | This exclusion does not apply if the premises are **your work** and were never occupied, rented or held for rental by you. |

| | |
|---|---|
| *Damage To Impaired Property Or Property Not Physically Injured* | This insurance does not apply to **property damage** to: |
| | ·    **impaired property**; or |
| | ·    property that has not been physically injured; |
| | arising out of any: |
| | ·    defect, deficiency, inadequacy or dangerous condition in **your product** or **your work**; or |

<span style="color:red">**Reference Copy**</span>

## *Bodily Injured/Property Damage Exclusions*

*Damage To Impaired Property Or Property Not Physically Injured (continued)*

· delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms and conditions.

This exclusion does not apply to the loss of use of other tangible property resulting from sudden and accidental physical injury to **your product** or **your work** after it has been put to its intended use.

*Damage To Owned Property*

This insurance does not apply to **property damage** to any property owned by you.

*Damage To Various Property Of Others (Care, Control Or Custody)*

This insurance does not apply to **property damage** to any:

· personal property loaned or rented to you;

· property held by you or on your behalf for sale or entrusted to you for safekeeping or storage;

· property on your premises for purposes of performing operations on such property by you or on your behalf;

· tools or equipment used by you or on your behalf in performing operations; or

· property in your care, control or custody that will be erected, installed or used in construction operations by you or on your behalf.

This exclusion does not apply to the liability for damages assumed in a sidetrack agreement.

*Damage To Your Product*

This insurance does not apply to **property damage** to **your product** arising out of it or any part of it.

*Damage To Your Work*

This insurance does not apply to **property damage** to **your work** arising out of it or any part of it and included in the **products-completed operations hazard**.

This exclusion does not apply if the damaged work or the work causing the damage was performed on your behalf by a subcontractor.

*Employer's Liability*

A. This insurance does not apply to **bodily injury** to an **employee** of the **insured** arising out of and in the course of:

1. employment by the **insured**; or

2. performing duties related to the conduct of the **insured**'s business.

B. This insurance does not apply to **bodily injury** to the brother, child, parent, sister or spouse of such **employee** as a consequence of any injury described in paragraph A. above.

This exclusion applies:

· whether the **insured** may be liable as an employer or in any other capacity; and

· to any obligation to share damages with or repay someone else who must pay damages because of any injury described in paragraphs A. or B. above.

**Reference Copy**

## *General Liability*

***Bodily
Injured/Property
Damage Exclusions***

*Employer's Liability*
*(continued)*

This exclusion does not apply to the liability for damages assumed by the **insured** in an **insured contract**.

*Expected Or Intended
Injury*

This insurance does not apply to **bodily injury** or **property damage** arising out of an act that:

·       is intended by the **insured**; or

·       would be expected from the standpoint of a reasonable person in the circumstances of the **insured**;

to cause **bodily injury** or **property damage**, even if the actual **bodily injury** or **property damage** is of a different degree or type than intended or expected.

This exclusion does not apply to **bodily injury** or **property damage** resulting from the use of reasonable force to protect persons or tangible property.

*Loss In Progress*

This insurance does not apply to **bodily injury** or **property damage** that is a change, continuation or resumption of any **bodily injury** or **property damage** known by you, prior to the beginning of the policy period, to have occurred.

**Bodily injury** or **property damage** will be deemed to be known by you:

A.      if such injury or damage is known by, or should have been known from the standpoint of a reasonable person in the circumstances of:

1.      you;

2.      any of your directors, managers, members, **officers** (or their designees) or partners (whether or not an **employee**); and

B.      when any person described in paragraph A. above:

1.      reports all, or any part, of any such injury or damage to us or any other insurer;

2.      receives a claim or a demand for damages because of any such injury or damage; or

3.      becomes aware that any such injury or damage has occurred or has begun to occur.

*Mobile Equipment
Transportation*

This insurance does not apply to **bodily injury** or **property damage** arising out of the transportation of **mobile equipment** by an **auto** owned or operated by or loaned or rented to any **insured**.

<span style="color:red">**Reference Copy**</span>

## *Advertising Injury/Personal Injury Exclusions*

| | |
|---|---|
| *Breach Of Contract* | This insurance does not apply to **advertising injury** or **personal injury** arising out of breach of contract. |

*Continuing Offenses*

This insurance does not apply to **advertising injury** or **personal injury** that arises out of that part of an offense that continues or resumes after the later of the end of the policy period of:

A.   this insurance; or

B.   a subsequent, continuous renewal or replacement of this insurance, that:

    1.   is issued to you by us or by an affiliate of ours;

    2.   remains in force while the offense continues; and

    3.   would otherwise apply to **advertising injury** and **personal injury**.

*Contracts*

This insurance does not apply to **advertising injury** or **personal injury** for which the **insured** is obligated to pay damages by reason of assumption of liability in a contract or agreement.

This exclusion does not apply to the liability for damages:

·   that such **insured** would have in the absence of such contract or agreement; or

·   assumed in a written contract or agreement that is an **insured contract**, provided the **advertising injury** or **personal injury**, to which this insurance applies, is caused by an offense first committed after the execution of such contract or agreement.

*Crime Or Fraud*

This insurance does not apply to **advertising injury** or **personal injury** arising out of any criminal or fraudulent conduct committed by or with the consent or knowledge of the **insured**.

*Expected Or Intended Injury*

This insurance does not apply to **advertising injury** or **personal injury** arising out of an offense, committed by or on behalf of the **insured**, that:

·   is intended by such **insured**; or

·   would be expected from the standpoint of a reasonable person in the circumstances of such **insured**;

to cause injury.

*Failure To Conform To Representations Or Warranties*

This insurance does not apply to **advertising injury** or **personal injury** arising out of the failure of goods, products or services to conform with any electronic, oral, written or other representation or warranty of durability, fitness, performance, quality or use.

*Internet Activities*

This insurance does not apply to **advertising injury** or **personal injury** arising out of:

·   controlling, creating, designing or developing of another's Internet site;

<span style="color:red">**Reference Copy**</span>

## *General Liability*

***Advertising
Injury/Personal Injury
Exclusions***

| | |
|---|---|
| *Internet Activities*<br>*(continued)* | · controlling, creating, designing, developing, determining or providing the content or material of another's Internet site; |
| | · controlling, facilitating or providing, or failing to control, facilitate or provide, access to the Internet or another's Internet site; or |
| | · publication of content or material on or from the Internet, other than material developed by you or at your direction. |

| | |
|---|---|
| *Media Type Businesses* | This insurance does not apply to **advertising injury** or **personal injury** arising out of an offense committed by or on behalf of an **insured** whose business is advertising, broadcasting, cablecasting, publishing, telecasting or telemarketing. |
| | This exclusion does not apply to **personal injury** caused by an offense described in subparagraphs A., B. or C. of the definition of **personal injury**. |

| | |
|---|---|
| *Prior Offenses* | This insurance does not apply to **advertising injury** or **personal injury** arising out of any offense first committed before the beginning of the policy period. |

| | |
|---|---|
| *Publications With*<br>*Knowledge Of Falsity* | This insurance does not apply to **advertising injury** or **personal injury** arising out of any electronic, oral, written or other publication of content or material by or with the consent of the **insured**: |
| | · with knowledge of its falsity; or |
| | · if a reasonable person in the circumstances of such **insured** would have known such content or material to be false. |

| | |
|---|---|
| *Wrong Description*<br>*Of Prices* | This insurance does not apply to **advertising injury** or **personal injury** arising out of any wrong description of the price of goods, products or services. |

***Medical Expenses
Exclusions***

| | |
|---|---|
| *Athletic Activities* | This insurance does not apply to **medical expenses** arising out of **bodily injury** to any person injured while taking part in athletics. |

| | |
|---|---|
| *Injury To Insureds* | This insurance does not apply to **medical expenses** arising out of a **bodily injury** to any **insured**, except a volunteer worker. |

**Reference Copy**

## *Medical Expenses Exclusions*
*(continued)*

| | |
|---|---|
| *Nuclear Energy* | This insurance does not apply to **medical expenses** arising out of **bodily injury** in any way related to the: |

- **nuclear hazardous properties** of **nuclear material**; and

- operation of a **nuclear facility** by any person or organization.

| | |
|---|---|
| *Products-Completed Operations Hazard* | This insurance does not apply to **medical expenses** arising out of **bodily injury** included in the **products-completed operations hazard**. |

| | |
|---|---|
| *Workers' Compensation Or Similar Laws* | This insurance does not apply to **medical expenses** arising out of **bodily injury** to any person, whether or not an **employee** of any **insured**, if benefits for such **bodily injury** are payable or must be provided under any workers' compensation, disability benefits or unemployment compensation law or any similar law. |

## Policy Exclusions

| | | |
|---|---|---|
| *Asbestos* | A. | This insurance does not apply to **bodily injury**, **property damage**, **advertising injury** or **personal injury** arising out of the actual, alleged or threatened contaminative, pathogenic, toxic or other hazardous properties of **asbestos**. |
| | B. | This insurance does not apply to any loss, cost or expense arising out of any: |

1. request, demand, order or regulatory or statutory requirement that any **insured** or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of **asbestos**; or

2. claim or proceeding by or on behalf of a governmental authority or others for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of **asbestos**.

| | | |
|---|---|---|
| *Employment-Related Practices* | A. | This insurance does not apply to any damages sustained at any time by any person, whether or not sustained in the course of employment by any **insured**, arising out of any employment-related act, omission, policy, practice or representation directed at such person, occurring in whole or in part at any time, including any: |

1. arrest, detention or imprisonment;

2. breach of any express or implied covenant;

3. coercion, criticism, humiliation, prosecution or retaliation;

4. defamation or disparagement;

5. demotion, discipline, evaluation or reassignment;

6. discrimination, harassment or segregation;

**Reference Copy**

## *General Liability*

### Policy Exclusions

*Employment-Related Practices (continued)*

7. a. eviction; or

   b. invasion or other violation of any right of occupancy;

8. failure or refusal to advance, compensate, employ or promote;

9. invasion or other violation of any right of privacy or publicity;

10. termination of employment; or

11. other employment-related act, omission, policy, practice, representation or relationship in connection with any **insured** at any time.

B. This insurance does not apply to any damages sustained at any time by the brother, child, parent, sister or spouse of such person at whom any employment-related act, omission, policy, practice or representation is directed, as described in paragraph A. above, as a consequence thereof.

This exclusion applies:

· whether the **insured** may be liable as an employer or in any other capacity; and

· to any obligation to share damages with or repay someone else who must pay damages because of any of the foregoing.

---

*Enhancement, Maintenance Or Prevention Expenses*

This insurance does not apply to any loss, cost or expense incurred by you or others for any:

A. enhancement or maintenance of any property; or

B. prevention of any injury or damage to any:

   1. person or organization; or

   2. property you own, rent or occupy.

---

*Intellectual Property Laws Or Rights*

This insurance does not apply to any actual or alleged **bodily injury**, **property damage, advertising injury** or **personal injury** arising out of, giving rise to or in any way related to any actual or alleged:

· assertion; or

· infringement or violation;

by any person or organization (including any **insured**) of any **intellectual property law or right**, regardless of whether this insurance would otherwise apply to all or part of any such actual or alleged injury or damage in the absence of any such actual or alleged assertion, infringement or violation.

This exclusion applies, unless such injury:

· is caused by an offense described in the definition of **advertising injury**; and

· does not arise out of, give rise to or in any way relate to any actual or alleged assertion, infringement or violation of any **intellectual property law or right**, other than one described in the definition of **advertising injury.**

---

**Reference Copy**

## *Policy Exclusions*
*(continued)*

| | | |
|---|---|---|

*Nuclear Energy*

A.  This insurance does not apply to **bodily injury**, **nuclear property damage, advertising injury** or **personal injury**:

1.  with respect to which any **insured** under this policy also has status as an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would have had status as an insured under any such policy but for its termination upon exhaustion of its limit of insurance; or

2.  arising out of the **nuclear hazardous properties** of **nuclear material** and with respect to which:

    a.  any person or organization is required to maintain financial protection pursuant to the United States of America Atomic Energy Act of 1954, or any law amendatory thereof; or

    b.  the **insured** is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

B.  This insurance does not apply to **bodily injury**, **nuclear property damage, advertising injury** or **personal injury** arising out of the **nuclear hazardous properties** of **nuclear material**:

1.  if the **nuclear material**:

    a.  is at any **nuclear facility** owned by, or operated by or on behalf of, any **insured**;

    b.  has been discharged or dispersed therefrom; or

    c.  is contained in **nuclear spent fuel** or **nuclear waste** at any time transported, handled, stored, disposed of, processed, treated, possessed or used by or on behalf of any **insured**; or

2.  in any way related to the furnishing by any **insured** of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any **nuclear facility**. But if such facility is located within the United States of America (including its possessions or territories) or Canada, this subparagraph 2. applies only to **nuclear property damage** to such **nuclear facility** and any property threat.

---

*Pollution*

A.  This insurance does not apply to **bodily injury**, **property damage**, **advertising injury** or **personal injury** arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of **pollutants**:

1.  at or from any premises, site or location which is or was at any time owned or occupied by, or loaned or rented to, any **insured**;

2.  at or from any premises, site or location which is or was at any time used by or for any **insured** or others for the handling, storage, disposal, processing or treatment of waste;

<div align="center">**Reference Copy**</div>

## *General Liability*

### Policy Exclusions

*Pollution*
*(continued)*

3. which are or were at any time transported, handled, stored, disposed of, processed or treated as waste by or for any:

    a. **insured**; or

    b. person or organization for whom any **insured** may be legally responsible; or

4. at or from any premises, site or location on which any **insured** or any contractor or subcontractor working directly or indirectly on any **insured**'s behalf is performing operations, if the:

    a. **pollutants** are brought on or to the premises, site or location in connection with such operations by such **insured**, contractor or subcontractor; or

    b. operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of **pollutants**.

Subparagraph A.4.a. above does not apply to **bodily injury** or **property damage** caused by the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of **mobile equipment** or its parts, if such operating fluids escape directly from that particular part of such **mobile equipment** designed by its manufacturer to hold, store or receive them. But, this exception does not apply if such **bodily injury** or **property damage** arises out of any discharge, dispersal, seepage, migration, release or escape of **pollutants**, that:

· was intended by the **insured**;

· would have been expected from the standpoint of a reasonable person in the circumstances of the **insured**;

· was a necessary part of operations performed by any **insured**, contractor or subcontractor; or

· occurred during the process of fueling the **mobile equipment** or changing or replenishing any operating fluid.

Subparagraph A.4.a. above does not apply to **bodily injury** or **property damage** if sustained within a building and caused by the release of gaseous irritants or contaminants from materials brought into that building, in connection with the operations being performed by you or on your behalf by the contractor or subcontractor.

Subparagraph A.1. above does not apply to **bodily injury** if sustained within a building and caused by the escape of gaseous irritants or contaminants from equipment used to heat that building.

Subparagraphs A.1. and A.4.a. above do not apply to **bodily injury** or **property damage** caused by heat, smoke or fumes from a **hostile fire**.

B. This insurance does not apply to any loss, cost or expense arising out of any:

1. request, demand, order or regulatory or statutory requirement that any **insured** or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of **pollutants**; or

**Reference Copy**

## Policy Exclusions

**Pollution**
*(continued)*

2.  claim or proceeding by or on behalf of a governmental authority or others for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of **pollutants**.

Paragraph B. above does not apply to the liability for damages, for **property damage**, that the **insured** would have in the absence of such request, demand, order or regulatory or statutory requirement, or such claim or proceeding by or on behalf of a governmental authority.

This exclusion does not apply to the liability for damages, for **property damage**, to premises while rented to you or temporarily occupied by you with permission of the owner and caused by a **hostile fire**, explosion, smoke or leakage from fire protective equipment.

This exclusion applies regardless of whether or not the pollution was accidental, expected, gradual, intended, preventable or sudden.

**Recall Of Products, Work Or Impaired Property**

This insurance does not apply to any damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

·   **your product**;

·   **your work**; or

·   **impaired property**;

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**Workers' Compensation Or Similar Laws**

This insurance does not apply to any obligation of the **insured** under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

## Conditions

**Arbitration**

We are entitled to exercise all of the **insured**'s rights in the choice of arbitrators and in the conduct of any arbitration proceeding, except when the proceeding is between us and the **insured**.

**Bankruptcy**

Bankruptcy or insolvency of the **insured** or of the **insured**'s estate will not relieve us of our obligations under this insurance.

**Reference Copy**

## *General Liability*

### *Conditions*
*(continued)*

*Disclosures And Representations*

We have issued this insurance:

·   based upon representations you made to us; and

·   in reliance upon your representations.

Unintentional failure of an **employee** of the **insured** to disclose a hazard or other material information will not violate this condition, unless an **officer** (whether or not an **employee**) of any **insured** or an **officer**'s designee knows about such hazard or other material information.

---

*Duties In The Event Of Occurrence, Offense, Claim Or Suit*

A.   You must see to it that we and any other insurers are notified as soon as practicable of any **occurrence** or offense that may result in a claim, if the claim may involve us or such other insurers. To the extent possible, notice should include:

  1.   how, when and where the **occurrence** or offense happened;

  2.   the names and addresses of any injured persons and witnesses; and

  3.   the nature and location of any injury or damage arising out of the **occurrence** or offense.

B.   If a claim is made or **suit** is brought against any **insured**, you must:

  1.   immediately record the specifics of the claim or **suit** and the date received;

  2.   notify us and other insurers as soon as practicable; and

  3.   see to it that we receive written notice of the claim or **suit** as soon as practicable.

C.   You and any other involved **insured** must:

  1.   immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or **suit**;

  2.   authorize us to obtain records and other information;

  3.   cooperate with us and other insurers in the:

    a.   investigation or settlement of the claim; or

    b.   defense against the **suit**; and

  4.   assist us, upon our request, in the enforcement of any right against any person or organization that may be liable to the **insured** because of loss to which this insurance may also apply.

D.   No **insureds** will, except at that **insured**'s own cost, make any payment, assume any obligation or incur any expense, other than for first aid, without our consent.

E.   Notice given by or on behalf of:

  1.   the **insured**;

  2.   the injured person; or

  3.   any other claimant;

  to a licensed agent of ours with particulars sufficient to identify the **insured** shall be deemed notice to us.

**Reference Copy**

---

---

## Conditions

**Duties In The Event Of Occurrence, Offense, Claim Or Suit**
*(continued)*

F.   Knowledge of an **occurrence** or offense by an agent or **employee** of the **insured** will not constitute knowledge by the **insured**, unless an **officer** (whether or not an **employee**) of any **insured** or an **officer**'s designee knows about such **occurrence** or offense.

G.   Failure of an agent or **employee** of the **insured**, other than an **officer** (whether or not an **employee**) of any **insured** or an **officer**'s designee, to notify us of an **occurrence** or offense that such person knows about will not affect the insurance afforded to you.

H.   If a claim or loss does not reasonably appear to involve this insurance, but it later develops into a claim or loss to which this insurance applies, the failure to report it to us will not violate this condition, provided the **insured** gives us immediate notice as soon as the **insured** is aware that this insurance may apply to such claim or loss.

---

**Legal Action Against Us**

No person or organization has a right under this insurance to:

·   join us as a party or otherwise bring us into a **suit** seeking damages from an **insured**; or

·   sue us on this insurance unless all of the terms and conditions of this insurance have been fully complied with.

A person or organization may sue us to recover on an **agreed settlement** or on a final judgment against an **insured** obtained after an actual:

·   trial in a civil proceeding; or

·   arbitration or other alternative dispute resolution proceeding;

but we will not be liable for damages that are not payable under the terms and conditions of this insurance or that are in excess of the applicable Limits Of Insurance.

---

**Other Insurance**

If other valid and collectible insurance is available to the **insured** for loss we would otherwise cover under this insurance, our obligations are limited as follows.

*Primary Insurance*

This insurance is primary except when the Excess Insurance provision described below applies.

If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in the Method of Sharing provision described below.

*Excess Insurance*

This insurance is excess over any other insurance, whether primary, excess, contingent or on any other basis:

A.   that is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar insurance for **your work**;

B.   that is insurance that applies to **property damage** to premises rented to you or temporarily occupied by you with permission of the owner;

C.   if the loss arises out of aircraft, **autos** or watercraft (to the extent not subject to the Aircraft, Autos Or Watercraft exclusion);

Reference Copy

## *General Liability*

### Conditions

**Other Insurance**
*(continued)*

D.    that is insurance:

    1.    provided to you by any person or organization working under contract or agreement for you; or

    2.    under which you are included as an insured; or

E.    that is insurance under any Property section of this policy.

When this insurance is excess, we will have no duty to defend the **insured** against any **suit** if any other insurer has a duty to defend such **insured** against such **suit**. If no other insurer defends, we will undertake to do so, but we will be entitled to the **insured**'s rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of loss, if any, that exceeds the sum of the total:

·    amount that all other insurance would pay for loss in the absence of this insurance; and

·    of all deductible and self-insured amounts under all other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not negotiated specifically to apply in excess of the Limits Of Insurance shown in the Declarations of this insurance.

*Method of Sharing*

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this method each insurer contributes equal amounts until it has paid its applicable limits of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limits of insurance to the total applicable limits of insurance of all insurers.

**Premium Audit**

We will compute all premiums for this insurance in accordance with our rules and rates.

In accordance with the Estimated Premiums section of the Premium Summary, premiums shown with an asterisk (*) are estimated premiums and are subject to audit.

In addition to or in lieu of such designation in the Premium Summary, premiums may be designated as estimated premiums elsewhere in this policy. In that case, these premiums will also be subject to audit, and the second paragraph of the Estimated Premiums section of the Premium Summary will apply.

**Separation Of Insureds**

Except with respect to the Limits Of Insurance, and any rights or duties specifically assigned in this insurance to the first named **insured**, this insurance applies:

·    as if each named **insured** were the only named **insured**; and

·    separately to each **insured** against whom claim is made or **suit** is brought.

**Reference Copy**

## *Conditions*
*(continued)*

*Transfer Or Waiver Of Rights Of Recovery Against Others*

We will waive the right of recovery we would otherwise have had against another person or organization, for loss to which this insurance applies, provided the **insured** has waived their rights of recovery against such person or organization in a contract or agreement that is executed before such loss.

To the extent that the **insured**'s rights to recover all or part of any payment made under this insurance have not been waived, those rights are transferred to us. The **insured** must do nothing after loss to impair them. At our request, the **insured** will bring **suit** or transfer those rights to us and help us enforce them.

This condition does not apply to **medical expenses**.

**Reference Copy**

## General Liability

| | |
|---|---|
| **Definitions** | **WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT, WORDS AND PHRASES THAT APPEAR IN BOLD PRINT HAVE THE SPECIAL MEANINGS DESCRIBED BELOW**: |

**Advertisement**

**Advertisement** means an electronic, oral, written or other notice, about goods, products or services, designed for the specific purpose of attracting the general public or a specific market segment to use such goods, products or services.

**Advertisement** does not include any e-mail address, Internet domain name or other electronic address or metalanguage.

**Advertising Injury**

**Advertising injury** means injury, other than **bodily injury**, **property damage** or **personal injury**, sustained by a person or organization and caused by an offense of infringing, in that particular part of your **advertisement** about your goods, products or services, upon their:

· copyrighted **advertisement**; or

· registered collective mark, registered service mark or other registered trademarked name, slogan, symbol or title.

**Agreed Settlement**

**Agreed settlement** means a settlement and release of liability signed by us, the **insured** and the claimant or the claimant's legal representative.

**Asbestos**

**Asbestos** means asbestos in any form, including its presence or use in any alloy, by-product or other material or waste. Waste includes material to be recycled, reconditioned or reclaimed.

**Auto**

**Auto** means a land motor vehicle, trailer or semi-trailer designed for travel on public roads, including any attached machinery or equipment. But **auto** does not include **mobile equipment**.

**Bodily Injury**

**Bodily injury** means physical:

· injury;

· sickness; or

· disease;

sustained by a person, including resulting death, humiliation, mental anguish, mental injury or shock at any time. All such loss shall be deemed to occur at the time of the physical injury, sickness or disease that caused it.

**Employee**

**Employee** includes a **leased worker**. **Employee** does not include a **temporary worker**.

**Hostile Fire**

**Hostile fire** means one which becomes uncontrollable or breaks out from where it was intended to be.

<div align="center"><span style="color:red">**Reference Copy**</span></div>

| | |
|---|---|
| ***Definitions***<br>*(continued)* | **WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT, WORDS AND PHRASES THAT APPEAR IN BOLD PRINT HAVE THE SPECIAL MEANINGS DESCRIBED BELOW:** |

*Impaired Property*

**Impaired property** means tangible property, other than **your product** or **your work**, that cannot be used or is less useful because:

·    it incorporates **your product** or **your work** that is known or thought to be defective, deficient, inadequate or dangerous; or

·    you have failed to fulfill the terms or conditions of a contract or agreement;

if such property can be restored to use by:

·    the repair, replacement, adjustment or removal of **your product** or **your work**; or

·    your fulfilling the terms or conditions of the contract or agreement.

*Insured*

**Insured** means a person or an organization qualifying as an **insured** in the Who Is An Insured section of this contract.

*Insured Contract*

**Insured contract**:

A.    means:

1.    a lease of premises;

2.    a sidetrack agreement;

3.    an easement or license agreement;

4.    an obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

5.    an elevator maintenance agreement; or

6.    any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for such municipality) in which you assume the tort liability of another person or organization to pay damages, to which this insurance applies, sustained by a third person or organization.

B.    does not include that part of any contract or agreement that indemnifies an architect, engineer or surveyor for damages arising out of:

1.    preparing, approving or failing to prepare or approve maps, drawings, opinions, reports, surveys, field orders, change orders, designs or specifications; or

2.    giving directions or instructions, or failing to give them.

**Reference Copy**

## *General Liability*

| | |
|---|---|
| **Definitions**<br>*(continued)* | **WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT, WORDS AND PHRASES THAT APPEAR IN BOLD PRINT HAVE THE SPECIAL MEANINGS DESCRIBED BELOW:** |

*Intellectual Property Law Or Right*

**Intellectual property law or right** means any:

- certification mark, copyright, patent or trademark (including collective or service marks);

- right to, or judicial or statutory law recognizing an interest in, any trade secret or confidential or proprietary non-personal information;

- other right to, or judicial or statutory law recognizing an interest in, any expression, idea, likeness, name, slogan, style of doing business, symbol, title, trade dress or other intellectual property; or

- other judicial or statutory law concerning piracy, unfair competition or other similar practices.

---

*Leased Worker*

**Leased worker** means a person leased to a party by a labor leasing firm, in a contract or agreement between such party and the labor leasing firm, to perform duties related to the conduct of the party's business. **Leased worker** does not include a **temporary worker**.

---

*Loading Or Unloading*

**Loading** or **unloading**:

A. means the handling of property:

1. after it is moved from the place where it is accepted for movement into or onto an aircraft, **auto** or watercraft;

2. while it is in or on an aircraft, **auto** or watercraft; or

3. while it is being moved from an aircraft, **auto** or watercraft to the place where it is finally delivered.

B. does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, **auto** or watercraft.

---

*Medical Expenses*

**Medical expenses** means reasonable expenses for necessary:

- first aid administered at the time of an accident;

- medical, surgical, x-ray and dental services, including prosthetic devices; and

- ambulance, hospital, professional nursing and funeral services.

---

*Mobile Equipment*

**Mobile equipment** means any of the following types of land vehicles, including any attached machinery or equipment:

A. bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

B. vehicles maintained for use solely on premises owned by or rented to you;

C. vehicles that travel on crawler treads;

**Reference Copy**

| | |
|---|---|
| *Definitions* | **WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT, WORDS AND PHRASES THAT APPEAR IN BOLD PRINT HAVE THE SPECIAL MEANINGS DESCRIBED BELOW**: |

*Mobile Equipment*
*(continued)*

D.   vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

    1.   power cranes, shovels, loaders, diggers or drills; or

    2.   road construction or resurfacing equipment such as graders, scrapers or rollers;

E.   vehicles not described in subparagraphs A., B., C. or D. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

    1.   air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

    2.   cherry pickers and similar devices used to raise or lower workers; and

F.   vehicles not described in subparagraphs A., B., C. or D. above maintained primarily for purposes other than the transportation of persons or cargo.

**Mobile equipment** does not include self-propelled vehicles with the following types of permanently attached equipment, and such vehicles will be considered **autos**:

    1.   equipment designed primarily for:

        a.   snow removal;

        b.   road maintenance, but not construction or resurfacing; or

        c.   street cleaning;

    2.   cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

    3.   air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

*Nuclear Facility*

**Nuclear facility** means any:

A.   **nuclear reactor**;

B.   equipment or device designed or used for:

    1.   separating the isotopes of plutonium or uranium;

    2.   processing or utilizing **nuclear spent fuel**; or

    3.   handling, processing or packaging **nuclear waste**;

C.   equipment or device used for the processing, fabricating or alloying of **nuclear material**, if at any time the total amount of such material in the custody of the **insured** at the premises where such equipment or device is located consists of or contains more than:

    1.   twenty-five (25) grams of plutonium or uranium 233, or any combination thereof; or

    2.   two-hundred-fifty (250) grams of uranium 235; or

<div align="center"><span style="color:red">**Reference Copy**</span></div>

## *General Liability*

| | |
|---|---|
| *Definitions* | **WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT, WORDS AND PHRASES THAT APPEAR IN BOLD PRINT HAVE THE SPECIAL MEANINGS DESCRIBED BELOW**: |
| *Nuclear Facility*<br>*(continued)* | D.   structure, basin, excavation, premises or place prepared or used for the storage or disposal of **nuclear waste**; |
| | and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations. |

| | |
|---|---|
| *Nuclear Hazardous Properties* | **Nuclear hazardous properties** includes radioactive, toxic or explosive properties. |

| | |
|---|---|
| *Nuclear Material* | **Nuclear material** means **by-product material, source material** or **special nuclear material**. |
| | **By-product material, source material** and **special nuclear material** have the meanings given them in the United States of America Atomic Energy Act of 1954 or in any law amendatory thereof. |

| | |
|---|---|
| *Nuclear Property Damage* | **Nuclear property damage** includes all forms of radioactive contamination of property. |

| | |
|---|---|
| *Nuclear Reactor* | **Nuclear reactor** means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material. |

| | |
|---|---|
| *Nuclear Spent Fuel* | **Nuclear spent fuel** means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a **nuclear reactor**. |

| | |
|---|---|
| *Nuclear Waste* | **Nuclear waste** means any waste material: |
| | ·   containing **nuclear material**, other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its **source material** content; and |
| | ·   resulting from the operation by any person or organization of any **nuclear facility** described in subparagraphs A. or B. of the definition of **nuclear facility**. |

| | |
|---|---|
| *Occurrence* | **Occurrence** means an accident, including continuous or repeated exposure to substantially the same general harmful conditions. |

| | |
|---|---|
| *Officer* | **Officer** means a person holding any of the officer positions created by an organization's charter, constitution, by-laws or any other similar governing document. |

<p style="text-align:center;color:red;">**Reference Copy**</p>

| | |
|---|---|
| *Definitions*<br>*(continued)* | **WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT, WORDS AND PHRASES THAT APPEAR IN BOLD PRINT HAVE THE SPECIAL MEANINGS DESCRIBED BELOW**: |

*Personal Injury*

**Personal injury** means injury, other than **bodily injury**, **property damage** or **advertising injury**, caused by an offense of:

A.   false arrest, false detention or other false imprisonment;

B.   malicious prosecution;

C.   wrongful entry into, wrongful eviction of a person from or other violation of a person's right of private occupancy of a dwelling, premises or room that such person occupies, if committed by or on behalf of its landlord, lessor or owner;

D.   electronic, oral, written or other publication of material that:

    1.   libels or slanders a person or organization (which does not include disparagement of goods, products, property or services); or

    2.   violates a person's right of privacy; or

E.   discrimination, harassment or segregation based on a person's age, color, national origin, race, religion or sex.

*Pollutants*

**Pollutants** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

*Products-Completed Operations Hazard*

**Products-completed operations hazard**:

A.   includes all **bodily injury** and **property damage** taking place away from premises owned or occupied by or loaned or rented to you and arising out of **your product** or **your work**, except:

    1.   products that are still in your physical possession; or

    2.   work that has not yet been completed or abandoned.

**Your work** will be deemed completed when:

·   all of the work called for in your contract or agreement has been completed.

·   all of the work to be performed at the site has been completed, if your contract or agreement calls for work at more than one site.

·   that part of the work completed at a site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

B.   does not include **bodily injury** or **property damage** arising out of:

    1.   the transportation of property, unless the injury or damage results from a condition in or on a vehicle not owned or operated by or loaned or rented to you and that condition was created by the **loading or unloading** of that vehicle by any **insured**;

<div align="center"><span style="color:red">**Reference Copy**</span></div>

## *General Liability*

| | |
|---|---|
| ***Definitions*** | **WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT, WORDS AND PHRASES THAT APPEAR IN BOLD PRINT HAVE THE SPECIAL MEANINGS DESCRIBED BELOW:** |

*Products-Completed Operations Hazard (continued)*

2.   the existence of tools, uninstalled equipment or abandoned or unused materials; or

3.   products or operations for which the classification in our rules indicates that such products or operations are not subject to the Products-Completed Operations Aggregate Limit of insurance.

---

*Property Damage*

**Property damage** means:

·   physical injury to tangible property, including resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

·   loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the **occurrence** that caused it.

Tangible property does not include any software, data or other information that is in electronic form.

---

*Suit*

**Suit** means a civil proceeding in which damages, to which this insurance applies, are sought. **Suit** includes an arbitration or other dispute resolution proceeding in which such damages are sought and to which the **insured** must submit or does submit with our consent.

---

*Temporary Worker*

**Temporary worker** means a person who is furnished to a party to substitute for a permanent **employee** on leave or to meet seasonal or short-term workload conditions.

---

*Your Product*

**Your product**:

A.   means any:

   1.   goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

      a.   you;

      b.   others trading under your name; or

      c.   a person or organization whose assets or business you have acquired; and

   2.   containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

B.   includes:

   1.   representations or warranties made at any time with respect to the durability, fitness, performance, quality or use of **your product**; and

   2.   the providing of or failure to provide instructions or warnings.

C.   does not include vending machines or other property loaned or rented to or located for the use of others but not sold.

---

**Reference Copy**

*Definitions*
*(continued)*

**WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT, WORDS AND PHRASES THAT APPEAR IN BOLD PRINT HAVE THE SPECIAL MEANINGS DESCRIBED BELOW:**

*Your Work*

**Your work**:

A.   means any:

    1.   work or operations performed by:

        a.   you or on your behalf; or

        b.   a person or organization whose assets or business you have acquired; and

    2.   materials, parts or equipment furnished in connection with such work or operations.

B.   includes:

    1.   representations or warranties made at any time with respect to the durability, fitness, performance, quality or use of **your work**; and

    2.   the providing of or failure to provide instructions or warnings.

<span style="color:red">**Reference Copy**</span>

## *Liability Insurance*

### *Endorsement*

| | |
|---|---|
| *Policy Period* | DECEMBER 31, 2013   TO   DECEMBER 31, 2014 |
| *Effective Date* | DECEMBER 31, 2013 |
| *Policy Number* | 3590-42-48 SFO |
| *Insured* | VIZIO, INC. DBA: V, INC. |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | JANUARY 17, 2014 |

This Endorsement applies to the following forms:

EMPLOYEE BENEFITS ERRORS OR OMISSIONS
GENERAL LIABILITY

### *Terrorism Provisions*

A new section titled Terrorism Provisions is added to the end of this contract.

*Cap On Certified Terrorism Losses*

If:

· aggregate insured losses attributable to one or more **certified acts of terrorism** under the **terrorism law** exceed $100 billion in a Program Year (January 1 through December 31); and

· we have met our insurer deductible under the **terrorism law**,

we will not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

### *Terrorism Definitions*

A new section titled Terrorism Definitions is added.

*Certified Act Of Terrorism*

**Certified act of terrorism** means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act:

A. of terrorism, a violent act or an act that is dangerous to human life, property or infrastructure; and

B. that results in damage:

1. within the **United States**; or

***Liability Insurance***
*(continued)*

2.   outside of the **United States** in the case of:

a.   an air carrier or vessel as described in the **terrorism law**; or

b.   the premises of a mission of the United States of America,

which was committed by an individual or individuals as part of an effort to:

·   coerce the civilian population; or

·   influence the policy or affect the conduct of the Government,

of the **United States**.

**Certified act of terrorism** does not include an act that:

·   is committed as part of the course of a war declared by the Congress of the **United States**; or

·   does not result in property and casualty insurance losses that exceed $5 million in the aggregate and are attributable to all types of insurance subject to the **terrorism law**.

---

*State*

**State** means any state of the United States of America, the District of Columbia, the Commonwealth of Puerto Rico, the Commonwealth of the Northern Mariana Islands, American Samoa, Guam, each of the United States Virgin Islands, and any territory or possession of the United States of America.

---

*Terrorism Law*

**Terrorism law** means the Terrorism Risk Insurance Act of 2002 (Pub.L.107-297) as amended by the Terrorism Risk Insurance Extension Act of 2005 (Pub.L.109-144) and the Terrorism Risk Insurance Program Reauthorization Act of 2007 (Pub.L.110-160).

---

*United States*

**United States** means:

·   a **state**; and

·   the territorial sea and the continental shelf of the United States of America, as described in the **terrorism law**.

All other terms and conditions remain unchanged.

*Authorized Representative*

---

*Includes copyrighted material of Insurance Services Office, Inc. with its permission.*

## *Liability Insurance*

## Endorsement

| | |
|---|---|
| *Policy Period* | DECEMBER 31, 2013   TO   DECEMBER 31, 2014 |
| *Effective Date* | DECEMBER 31, 2013 |
| *Policy Number* | 3590-42-48 SFO |
| *Insured* | VIZIO, INC. DBA: V, INC. |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | JANUARY 17, 2014 |

This Endorsement applies to the following forms:

GENERAL LIABILITY
EMPLOYEE BENEFITS ERRORS OR OMISSIONS

The following section, titled Deductibles, is added to the forms described above and replaces any applicable deductible provisions contained therein.

### *Deductibles*

*Basis And Amounts Of Deductibles*

As used in this endorsement, words and phrases that appear in "quotation marks" have special meanings as described in the Deductible Definitions provision of this endorsement.

The provisions of this Deductible section apply to the Coverages as indicated in the Declarations and this endorsement. Each Deductible applies separately from and in addition to any other Deductible.

If the applicable Deductible is indicated to apply on the basis of:

·        Each Claim, then the amount of the Deductible applies separately to the sum of amounts described in the provision titled Deductible Obligations, in connection with loss allocable to each separate person and organization that arises out of each separate "event."

·        Each "Event," then the amount of the Deductible applies separately to the sum of amounts described in the provision titled Deductible Obligations, in connection with loss that arises out of each separate "event."

Deductible amounts:

A.        starting with the beginning of the policy period shown in the Declarations, apply separately to each consecutive annual period and to any remaining period and to any extension period.

<div align="center">**Reference Copy**</div>

## Liability Endorsement
*(continued)*

B. will not be less than the amounts as indicated in the Declarations and this endorsement, regardless of whether this insurance (or this endorsement) is:

1. issued for a policy period of less than twelve (12) months; or

2. terminated before the end of the policy period shown in the Declarations for any reason.

**Deductible Obligations (Excess And Reimbursement)**

This insurance applies to amounts in excess of Deductibles, and ultimately you are obligated for amounts within Deductibles, regardless of whether we pay or incur amounts within Deductibles.

Deductibles apply to the amounts first paid or incurred for "damages/loss" and "deductible expenses" (to which this insurance would apply but for the Deductible) as such amounts are first paid or incurred.

If we pay or incur any "damages/loss" or "deductible expenses" within any Deductible, then you must promptly reimburse us for all such "damages/loss" and "deductible expenses." Regardless of whether we pay any "damages/loss," you must promptly reimburse us for all "deductible expenses" within any Deductible.

There is no aggregate limit applicable to your Deductible Obligations, and you must promptly pay or reimburse all amounts described in this provision regardless of the number of losses.

The first named insured shown in the Declarations agrees, and is authorized, to promptly reimburse us for any and all reimbursable amounts (relative to this insurance or any other insurance issued by us or an affiliate of ours including any antecedent insurance). Each named insured is jointly and severally liable for any and all such amounts.

Failure to promptly reimburse us (relative to this insurance or any other insurance issued by us or an affiliate of ours including any antecedent insurance) shall be deemed an event of nonpayment of premium.

**Investigation, Defense, Settlements And Rights Of Recovery**

Regardless of the application of any Deductible:

A. the terms and conditions of this insurance continue to apply, including those with respect to:

1. our rights to investigate any claim or "event" and to make any settlements; and

2. the insured's duties in the event of any claim, "event" or suit.

B. we may, at our discretion, initiate or participate in an appeal of a judgment, if such judgment may result in a payment under this insurance.

C. our rights of recovery against others continue to apply. Any amount recovered will be apportioned as follows:

1. first, we shall receive all amounts recovered until we have been fully reimbursed for all amounts we have paid or incurred (including costs or expenses of such recovery proceedings) in connection with amounts that exceed any Deductible.

**Reference Copy**

### *Liability Insurance*

### *Endorsement*

| | |
|---|---|
| *Effective Date* | DECEMBER 31, 2013 |
| *Policy Number* | 3590-42-48 SFO |

2.  then, remaining amounts recovered will be applied to reimburse you and us, in accordance with the respective interests in connection with amounts within any Deductible (including costs or expenses of such recovery proceedings).

The following provision is added to Limits Of Insurance.

### *Limits Of Insurance*

*Each Claim Or "Event"*

If the applicable Limit of Insurance applies on an each claim or each "event" basis, then such limit (other than an aggregate limit) will be reduced by "damages/loss" paid or incurred within the Deductible.

If expenses are described as reducing the Limits Of Insurance of the applicable Coverage, then such expenses within the Deductible will reduce such Limits Of Insurance.

The Limits Of Insurance will not be increased or reinstated regardless of the applicability of any Deductible or any amount that you must pay or reimburse in connection with any Deductible.

As used in this endorsement, the following words and phrases have special meanings as described below.

### *Deductible Definitions*

*"Damages/Loss"*

"Damages/loss" refers to damages or other indemnity as described under the applicable Coverage, other than "deductible expenses." Deductibles applying to bodily injury include damages and any medical expenses.

<span style="color:red">**Reference Copy**</span>

## *Liability Endorsement*
*(continued)*

*"Deductible Expenses"*  "Deductible expenses" refers to the following expenses as described under the applicable insurance:

A.  attorney and paralegal fees and salaries (including those of attorneys and paralegals who are our employees).

B.  expenses relating to a suit, including the cost of expert witnesses, transcripts, court reporters, research reports and depositions.

C.  the cost of:

1.  bail bonds; or

2.  bonds required to:

a.  appeal judgments (in connection with the initiation and continuation of an appeal agreed to by us); or

b.  release attachments.

D.  costs taxed against the insured in a suit.

E.  the cost and expense of any investigation that we undertake.

F.  other reasonable expenses that we allocate to a specific claim or "event."

*"Event"*  "Event" refers to an occurrence, offense, wrongful act or other cause of loss as described under the applicable Coverage.

All other terms and conditions remain unchanged.

*Authorized Representative*

**Reference Copy**

## *Liability Insurance*

## *Endorsement*

| | |
|---|---|
| *Policy Period* | DECEMBER 31, 2013   TO   DECEMBER 31, 2014 |
| *Effective Date* | DECEMBER 31, 2013 |
| *Policy Number* | 3590-42-48 SFO |
| *Insured* | VIZIO, INC. DBA: V, INC. |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | JANUARY 17, 2014 |

This Endorsement applies to the following forms:

GENERAL LIABILITY

## *Policy Exclusions*

Under Policy Exclusions, the following exclusion is added:

*Biological Agents*

A.  This insurance does not apply to **bodily injury**, **property damage**, **advertising injury** or **personal injury** arising out of the actual, alleged or threatened contaminative, pathogenic, toxic or other hazardous properties of **biological agents**.

B.  This insurance does not apply to any loss, cost or expense arising out of any:

1.  request, demand, order or regulatory or statutory requirement that any **insured** or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of any **biological agents**; or

2.  claim or proceeding by or on behalf of a governmental authority or others for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of any **biological agents**.

**Reference Copy**

*Definitions*

Under Definitions, the following definition is added:

*Biological Agents*

**Biological agents** means any:

A.    1.    bacteria;

2.    mildew, mold or other fungi;

3.    other microorganisms; or

4.    mycotoxins, spores or other by-products of any of the foregoing;

B.    viruses or other pathogens (whether or not a microorganism); or

C.    colony or group of any of the foregoing.

All other terms and conditions remain unchanged.

*Authorized Representative*

**Reference Copy**

## *Liability Insurance*

## *Endorsement*

| | |
|---|---|
| *Policy Period* | DECEMBER 31, 2013   TO   DECEMBER 31, 2014 |
| *Effective Date* | DECEMBER 31, 2013 |
| *Policy Number* | 3590-42-48 SFO |
| *Insured* | VIZIO, INC. DBA: V, INC. |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | JANUARY 17, 2014 |

This Endorsement applies to the following forms:

GENERAL LIABILITY

**Liability Conditions**    Under Liability Conditions, Premium Audit, the following provision is added:

*Premium Audit*    The General Liability premium computed at audit is subject to a minimum of 75% of the originally estimated premium shown in the Premium Summary.

All other terms and conditions remain unchanged.

*Authorized Representative*

**Reference Copy**

COMMON

POLICY

*Common Policy Conditions Section*

CONDITIONS

**Reference Copy**

## *Policy Conditions*

### *Schedule of Forms*

| | |
|---|---|
| *Policy Period* | DECEMBER 31, 2013   TO   DECEMBER 31, 2014 |
| *Effective Date* | DECEMBER 31, 2013 |
| *Policy Number* | 3590-42-48 SFO |
| *Insured* | VIZIO, INC. DBA: V, INC. |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | JANUARY 17, 2014 |

The following is a schedule of forms issued as of the date shown above:

| Form Number | Edition Date | Form Name | Effective Date | Date Issued |
|---|---|---|---|---|
| 80-02-9001 | 6-98 | HOW TO REPORT A LOSS | 12/31/13 | 01/17/14 |
| 80-02-9090 | 6-05 | COMMON POLICY CONDITIONS | 12/31/13 | 01/17/14 |
| 80-02-9301 | 2-98 | NAMED INSURED | 12/31/13 | 01/17/14 |
| 80-02-9717 | 12-11 | CALIFORNIA MANDATORY-CANCELLATION & NONRENWAL | 12/31/13 | 01/17/14 |
| 80-02-9800 | 12-08 | INSURING AGREEMENT | 12/31/13 | 01/17/14 |
| 99-10-0732 | 12-07 | NOTICE TO POLICYHOLDERS-TRIPRA | 12/31/13 | 01/17/14 |
| 99-10-0792 | 9-04 | IMPORTANT NOTICE - OFAC | 12/31/13 | 01/17/14 |
| 99-10-0872 | 6-07 | AOD POLICYHOLDER NOTICE | 12/31/13 | 01/17/14 |

**Reference Copy**

*last page*

## *Common Policy Conditions*

## *Contract*

| | |
|---|---|
| **Conditions** | The following Conditions are included under each part of the policy, unless stated otherwise. |
| *Audit Of Books And Records* | We may audit your books and records as they relate to this insurance at any time during the term of this policy and up to three years afterwards. |
| *Cancellation* | The first named insured may cancel this policy or any of its individual coverages at any time by sending us a written request or by returning the policy and stating when thereafter cancellation is to take effect. |
| | We may cancel this policy or any of its individual coverages at any time by sending to the first named insured a notice 60 days (20 days in the event of non-payment of premium) in advance of the cancellation date. Our notice of cancellation will be mailed to the first named insured's last known address, and will indicate the date on which coverage is terminated. If notice of cancellation is mailed, proof of mailing will be sufficient proof of notice. |
| | The earned premium will be computed on a pro rata basis. Any unearned premium will be returned as soon as practicable. |
| *Changes* | This policy can only be changed by a written endorsement that becomes part of this policy. The endorsement must be signed by one of our authorized representatives. |
| *Compliance By Insureds* | We have no duty to provide coverage under this policy unless you and any other involved insured have fully complied with all of the terms and conditions of the policy. |
| *Compliance With Applicable Trade Sanctions* | This insurance does not apply to the extent that trade or economic sanctions or other laws or regulations prohibit us from providing insurance. |
| *Conformance* | Any terms of this insurance which are in conflict with the applicable statutes of the State in which this policy is issued are amended to conform to such statutes. |
| *First Named Insured* | The person or organization first named in the Declarations is primarily responsible for payment of all premiums. The first named insured will act on behalf of all other named insureds for the giving and receiving of notice of cancellation or nonrenewal and the receiving of any return premiums that become payable under this policy. |
| *Inspections And Surveys* | We may: |

· make inspections and surveys at any time;

· give you reports on the conditions we find; and

· recommend changes.

<span style="color:red">**Reference Copy**</span>

## Conditions

**Inspections And Surveys**
*(continued)*

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

·     are safe or healthful; or

·     comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations for us.

**Titles Of Paragraphs**

The titles of the various paragraphs of this policy and endorsements, if any, attached to this policy are inserted solely for convenience or reference and are not to be deemed in any way to limit or affect the provisions to which they relate.

**Transfer Of Rights And Duties**

Your rights and duties under this insurance may not be transferred without our written consent. However, if you die, then your rights and duties will be transferred to your legal representative, but only while acting within the scope of duties as your legal representative, or to anyone having temporary custody of your property until your legal representative has been appointed.

**When We Do Not Renew**

If we decide not to renew this policy, we will mail or deliver to the first named insured's last known address, written notice of the nonrenewal not less than 60 days before the expiration date. If notice of nonrenewal is mailed, proof of mailing will be sufficient proof of notice.

**Reference Copy**

C O M M O N

P O L I C Y

*Common Policy Conditions Section*

*Endorsements*

E N D O R S E M E N T S

Reference Copy

### Policy Conditions

## Endorsement

| | |
|---|---|
| *Policy Period* | DECEMBER 31, 2013   TO   DECEMBER 31, 2014 |
| *Effective Date* | DECEMBER 31, 2013 |
| *Policy Number* | 3590-42-48 SFO |
| *Insured* | VIZIO, INC. DBA: V, INC. |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | JANUARY 17, 2014 |

This Endorsement applies to the following forms:

COMMON POLICY CONDITIONS

The following changes are made as respects exposures in the state of California.

Under Conditions, the provisions titled Cancellation and When We Do Not Renew are deleted and replaced by the following:

### Conditions

**Cancellation**

The first named insured may cancel this policy or any of its individual coverages at any time by sending us a written request or by returning the policy and stating when thereafter cancellation is to take effect.

A. **All Policies In Effect For 60 Days or Less**

If this policy has been in effect for less than 60 days and is not a renewal of a policy we have issued, we may cancel this policy or any of its individual coverages by mailing or delivering to the first named insured at the mailing address shown in the policy and to the producer of record, advance written notice of cancellation, stating the reason for cancellation and effective date of cancellation at least:

1. 20 days before the effective date of cancellation if we cancel for:

   a. nonpayment of premium; or

   b. discovery of fraud by:

      (1) any insured or his or her representative in obtaining this insurance; or

**Reference Copy**

## *Conditions*

*Cancellation*
*(continued)*

(2)     you or your representative in pursuing a claim under this policy.

2.     60 days before the effective date of cancellation if we cancel for any other reason.

B.     ***All Policies In Effect For More Than 60 Days***

1.     If this policy has been in effect for more than 60 days, or is a renewal of a policy we issued, we may cancel this policy or any of its individual coverages only upon the occurrence, after the effective date of the policy, of one or more of the following:

a.     Nonpayment of premium, including payment due on a prior policy we issued and due during the current policy term covering the same risks.

b.     Discovery of fraud or material misrepresentation by:

(1)     any insured or his or her representative in obtaining this insurance; or

(2)     you or your representative in pursing a claim under this policy.

c.     A judgment by a court or an administrative tribunal that you have violated a California or Federal law, having as one of its necessary elements an act which materially increases any of the risks insured against.

d.     Discovery of willful or grossly negligent acts or omissions, or of any violations of state laws or regulations establishing safety standards, by you or your representative, which materially increase any of the risks insured against.

e.     Failure by you or your representative to implement reasonable loss control requirements, agreed to by you as a condition of policy issuance, or which were conditions precedent to our use of a particular rate or rating plan, if that failure materially increases any of the risks insured against.

f.     A determination by the Commissioner of Insurance that the:

(1)     loss of, or changes in, our reinsurance covering all or part of the risk would threaten our financial integrity or solvency; or

(2)     continuation of the policy coverage would place us in violation of California law or the laws of the state where we are domiciled or threaten our solvency.

g.     A change by you or your representative in the activities or property of the commercial or industrial enterprise, which results in a materially added, increased or changed risk, unless the added, increased or changed risk is included in the policy.

2.     We will mail or deliver advance written notice of cancellation, stating the reason for cancellation and effective date of cancellation to the first named insured at the mailing address shown on the policy and to the producer of record at least:

a.     20 days before the effective date of cancellation if we cancel for a reason listed in B.1.a. or b. above; or

b.     60 days before the effective date of cancellation if we cancel for any other reason listed in paragraph B.1.

**Reference Copy**

## *Policy Conditions*

### *Endorsement*

| | |
|---|---|
| *Effective Date* | DECEMBER 31, 2013 |
| *Policy Number* | 3590-42-48 SFO |

---

### *Conditions*

| | | |
|---|---|---|
| *Cancellation* *(continued)* | C. | **Residential Property** |

This provision applies to coverage on real property which is used predominantly for residential purposes and consisting of not more than four dwelling units, and to coverage on tenants' household personal property in a residential unit, if such coverage is written under this policy:

1. If such coverage has been in effect for 60 days or less, and is not a renewal of coverage we issued, we may cancel this coverage for any reason, except as provided in 2. and 3. below.

2. We may not cancel such coverage solely because the first named insured has:

   a. accepted an offer of earthquake coverage; or

   b. cancelled or did not renew a policy issued by the California Earthquake Authority (CEA) that included an earthquake policy premium surcharge.

   However, we shall cancel this policy if the first named insured has accepted a new or renewal policy issued by the CEA that includes an earthquake policy premium surcharge but fails to pay the earthquake policy premium surcharge authorized by the CEA.

3. We may not cancel such coverage solely because corrosive soil conditions exist on the premises. This restriction (3.) applies only if the coverage provided under this policy excludes loss or damage caused by or resulting from corrosive soil conditions.

If notice of cancellation is mailed, proof of mailing will be sufficient proof of notice.

If this policy is cancelled, we will send the named Insured any premium refund due, as soon as practicable. The refund, if any, will be on a pro rata basis. However, the refund may be less than pro rata if we have made a loan to you for the purpose of payment of premium for this policy.

The cancellation will be effective even if we have not made or offered a refund.

---

| | | |
|---|---|---|
| *Nonrenewal* | A. | Subject to the provisions of paragraphs B. and C. below, if we elect not to renew this policy, we will mail or deliver written notice stating the reason for nonrenewal to the first named insured and to the producer of record, at least 60 days, but not more than 120 days, before the expiration or anniversary date. |

We will mail or deliver our notice to the first named insured and to the producer of record, at the mailing address shown in the policy.

**Reference Copy**

---

## Conditions

**Nonrenewal**
*(continued)*

B.  This provision applies to coverage on real property which is used predominantly for residential purposes and consisting of not more than four dwelling units, and to coverage on tenants' household personal property in a residential unit, if such coverage is written under this policy:

1.  We may elect not to renew such coverage for any reason, except as provided in 2. through 4. below.

2.  We will not refuse to renew such coverage solely because the first named insured has accepted an offer of earthquake coverage.

    However, the following applies only to insurers who are associate participating insurers as established by Cal. Ins. Code Section 10089.16. We may elect not to renew such coverage after the first named insured has accepted an offer of earthquake coverage, if one or more of the following reasons applies:

    a.  the nonrenewal is based on sound underwriting principles that relate to the coverages provided by this policy and that are consistent with the approved rating plan and related documents filed with the Department of Insurance as required by existing law;

    b.  the Commissioner of Insurance finds that the exposure to potential losses will threaten our solvency or place us in a hazardous condition. A hazardous condition includes, but is not limited to, a condition in which we make claims payments for losses resulting from an earthquake that occurred within the preceding two years and that required a reduction in policyholder surplus of at least 25% for payment of those claims; or

    c.  we have:

        (1)  lost or experienced a substantial reduction in the availability or scope of reinsurance coverage; or

        (2)  experienced a substantial increase in the premium charged for reinsurance coverage of our residential property insurance policies; and

        the Commissioner has approved a plan for the nonrenewals that is fair and equitable, and that is responsive to the changes in our reinsurance position.

3.  We will not refuse to renew such coverage solely because the first named insured has cancelled or did not renew a policy, issued by the California Earthquake Authority that included an earthquake policy premium surcharge.

4.  We will not refuse to renew such coverage solely because corrosive soil conditions exist on the premises. This restriction (4.) applies only if the coverage provided under this policy excludes loss or damage caused by or resulting from corrosive soil conditions.

C.  We are not required to send notice of nonrenewal in the following situations:

1.  If the transfer or renewal of a policy, without any changes in terms, conditions, or rates, is between us and a member of our insurance group.

2.  If the policy has been extended for 90 days or less, provided that notice has been given in accordance with paragraph A.

**Reference Copy**

## Policy Conditions

### Endorsement

| | |
|---|---|
| *Effective Date* | DECEMBER 31, 2013 |
| *Policy Number* | 3590-42-48 SFO |

---

### Conditions

**Nonrenewal**
*(continued)*

3.    If you have obtained replacement coverage, or if the first named insured has agreed, in writing, within 60 days of the termination of the policy, to obtain that coverage.

4.    If the policy is for a period of no more than 60 days and you are notified at the time of issuance that it will not be renewed.

5.    If the first named insured requests a change in the terms or conditions or risks covered by the policy within 60 days of the end of the policy period.

6.    If we have made a written offer to the first named insured, in accordance with the timeframes shown in paragraph A., to renew the policy under changed terms or conditions or at an increased premium rate, when the increase exceeds 25%.

All other terms and conditions remain unchanged.

*Authorized Representative*

---