**O**

# United States District Court
# Central District of California

| | |
|---|---|
| VIZIO, INC. | Case № 2:20-cv-06864-ODW-AS |
| Plaintiffs, | |
| v. | **ORDER DENYING MOTION TO** |
| NAVIGATORS INSURANCE | **DISMISS AS MOOT [18]** |
| COMPANY et al., | |
| Defendants. | |

///
///
///
///
///
///
///
///
///
///
///

Defendant Arch Insurance Company served Plaintiff Vizio, Inc. with a Federal Rule of Civil Procedure 12(b)(6) motion to dismiss in this case on September 25, 2020.  (ECF No. 18.)   On October 16, 2020, Plaintiff filed a First Amended Complaint, twenty-one days after Arch Insurance filed its responsive pleading.  (ECF No. 27.)  Federal Rule of Civil Procedure 15(a)(1) allows Plaintiffs to file an amended complaint once as a matter of course within twenty-one days of service with a Rule 12(b) motion.  Therefore, Plaintiffs' amended complaint was proper.  As the pending motion to dismiss was based on a complaint that is no longer operative, the motion is **DENIED** as **MOOT**.  *See Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

**IT IS SO ORDERED.**

October 19, 2020

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**