EILEEN R. RIDLEY, CA Bar No. 151735
eridley@foley.com
DYANA K. MARDON, CA Bar No. 328331
dmardon@foley.com
**FOLEY & LARDNER LLP**
555 CALIFORNIA STREET, SUITE 1700
SAN FRANCISCO, CA 94104-1520
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507

KIMBERLY A. KLINSPORT, CA Bar No. 259018
kklinsport@foley.com
JESSICA N. WALKER, CA Bar No. 275398
jwalker@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2411
TELEPHONE: 213.972.4500
FACSIMILE: 213.486.0065

Attorneys for Defendant ARCH INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

VIZIO, INC.,

Plaintiff,

vs.

NAVIGATORS INSURANCE COMPANY; ARCH INSURANCE COMPANY,

Defendants.

Case No. 2:20-cv-06864- ODW (ASx)

**DECLARATION OF JESSICA N. WALKER IN SUPPORT OF DEFENDANT ARCH INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

Case Filed: July 30, 2020
Pre-Trial Conference Date: March 7, 2022
Trial Date: March 29, 2022

Date: January 10, 2022
Time: 1:30 p.m.
Judge: Hon. Otis D. Wright II
Courtroom: 5D

**DECLARATION OF JESSICA N. WALKER**

I, Jessica N. Walker, declare and state as follows:

1. I am over the age of 21 and am competent to make this declaration. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct.

2. I am an attorney admitted to practice before all courts in the State of California and this Court. I am an attorney with the law firm of Foley & Lardner LLP and counsel for Defendant Arch Insurance Company ("Arch"). As such, I am familiar with the file, the documents, and the history related to this action. I have personal knowledge of the facts set forth in this declaration, and if called upon as a witness, I could and would competently testify to these facts under oath.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the Arch Essential Excess Policy No. PCX 9300041-00. This document was attached to Plaintiff Vizio, Inc.'s ("Vizio" or "Plaintiff") Third Amended Complaint (ECF No. 58) as Exhibit 8, and was also marked as Exhibit 202 to the Deposition of Michael Gil. Mr. Gil authenticated this document at 38:19-39:8. This portion of Mr. Gil's Deposition is included in Exhibit 29 (see paragraph 31 below).

4. Attached hereto as **Exhibit 2** is a true and correct copy of the Arch Essential Excess Policy No. PCX 9300042-01, which was produced by Vizio in this action, Bates numbered VIZ002229 through VIZ002237. This document was marked as Exhibit 1051 to the Deposition of Vizio's 30(b)(6) Witness, Dennis Yeoh, Volume I.

5. Attached hereto as **Exhibit 3** is a true and correct copy of Defendant Navigators Insurance Company ("Navigators") Policy No. CH13DOL610110IV. This document was included in Plaintiff Vizio, Inc.'s Appendix of Exhibits ISO Motion for Partial Summary Judgment, ECF No. 84, as Exhibit 1, filed on November 1, 2021. This document was authenticated in the Declaration of Dennis Yeoh in Support of Plaintiff Vizio, Inc.'s Motion for Partial Summary Judgment, ECF 86, filed on November 1, 2021.

6. Attached hereto as **Exhibit 4** is a true and correct copy of an email thread,

with the latest in time email between Duke Wahlquist and Darren Le Montree, dated July 31, 2017. This document was produced by Vizio in this action, Bates numbered VIZ010728.

7. Attached hereto as **Exhibit 5** is a true and correct copy of an email thread, with the latest in time email between Hyongsoon Kim and Shira Mendelsohn, dated December 30, 2017. This document was produced by Vizio in this action, Bates numbered VIZ011000-VIZ011001.

8. Attached hereto as **Exhibit 6** is a true and correct copy of an email thread with the latest in time email between Shira Mendelsohn and Steven Selzer, dated January 25, 2018. This document was produced by Navigators in this action, Bates numbered CF0144-CF0145.

9. Attached hereto as **Exhibit 7** is a true and correct copy of a memorandum entitled "*In re VIZIO, Inc. Consumer Privacy Litigation*, No. 8:16-ml-02693-JLS-KES – Case Assessment," from Akin Gump Strauss Hauer & Feld LLP to Navigators, which was produced by Navigators in this action, Bates numbered CF2415-CF2473.

10. Attached hereto as **Exhibit 8** is a true and correct copy of a letter from Hyongsoon Kim to Shira Mendelsohn and Helen Chen, dated February 2, 2018, which was produced by Vizio in this action, Bates numbered VIZ012007-VIZ012008.

11. Attached hereto as **Exhibit 9** is a true and correct copy of an email thread, with the latest in time email between Ray Miller and navproclaims@navg.com, dated February 3, 2016, which was produced by Arch in this action, Bates numbered ARCH0000824-ARCH0001093. This document was attached to Vizio's Third Amended Complaint (ECF No. 58) as Exhibit 9. This document was marked as Exhibit 1052 to the Deposition of Vizio's 30(b)(6) Witness, Dennis Yeoh, Volume I. Mr. Yeoh authenticated this document at 219:12-220:6. This portion of Mr. Yeoh's Deposition is included in Exhibit 26 (see paragraph 28 below).

12. Attached hereto as **Exhibit 10** is a true and correct copy of an email thread, with the latest in time email between Dennis Yeoh and Laura Levin, dated July 12, 2016,

which was produced by Navigators in this action, Bates numbered CF0251-CF0256. This document was marked as Exhibit 1037 to the Deposition of Vizio's 30(b)(6) Witness, Dennis Yeoh, Volume I. Mr. Yeoh authenticated this document at 123:12-124:1. This portion of Mr. Yeoh's Deposition is included in Exhibit 26 (see paragraph 28 below).

13. Attached hereto as **Exhibit 11** is a true and correct copy of a letter from Darren Le Montree to Dennis Yeoh and Nikki Nguyen, dated January 31, 2017, which was produced by Navigators in this action, Bates numbered CF1553-CF1558. This document was marked as Exhibit 1041 to the Deposition of Vizio's 30(b)(6) Witness, Dennis Yeoh, Volume I. Mr. Yeoh authenticated this document at 134:7-18. This portion of Mr. Yeoh's Deposition is included in Exhibit 26 (see paragraph 28 below).

14. Attached hereto as **Exhibit 12** is a true and correct copy of an email thread, with the latest in time email between Dennis Yeoh and Darren Le Montree, dated March 28, 2017, which was produced by Navigators in this action, Bates numbered CF1690-CF1709. One page of another copy of this document was marked as Exhibit 1043 to the Deposition of Vizio's 30(b)(6) Witness, Dennis Yeoh, Volume I. Mr. Yeoh authenticated Exhibit 1043 at 139:11-140:25. This portion of Mr. Yeoh's Deposition is included in Exhibit 26 (see paragraph 28 below).

15. Attached hereto as **Exhibit 13** is a true and correct copy of an email thread, with the latest in time email between Ali Rabbani and Darren Le Montree, dated May 1, 2017, which was produced by Navigators in this action, Bates numbered CF0235-CF0242. This document was marked as Exhibit 1044 to the Deposition of Vizio's 30(b)(6) Witness, Dennis Yeoh, Volume I. Mr. Yeoh authenticated this document at 149:11-150:9. This portion of Mr. Yeoh's Deposition is included in Exhibit 26 (see paragraph 28 below).

16. Attached hereto as **Exhibit 14** is a true and correct copy of a letter from Hyongsoon Kim to Darren Le Montree, dated June 9, 2017. This document was produced by Navigators in this action, Bates numbered CF1819-CF1820.

17. Attached hereto as **Exhibit 15** is a true and correct copy of a letter from Hyongsoon Kim to Darren Le Montree, dated July 31, 2017. This document was produced by Navigators in this action, Bates numbered CF5222-CF5223.

18. Attached hereto as **Exhibit 16** is a true and correct copy of a letter from Hyongsoon Kim to Darren Le Montree, dated September 20, 2017. This document was produced by Navigators in this action, Bates numbered CF0592-CF0593. This document was marked as Exhibit 41 to the Deposition of Shira Mendelsohn.

19. Attached hereto as **Exhibit 17** is a true and correct copy of a letter from Robert L. Sallander Jr. to Dennis Yeoh and Nikki Nguyen, dated October 31, 2017. This document was produced by Navigators in this action, Bates numbered CF0229-CF0234. This document was marked as Exhibit 43 to the Deposition of Steve Selzer. Mr. Selzer authenticated this document at 84:9-17. This portion of Mr. Selzer's Deposition is included in Exhibit 28 (see paragraph 30 below).

20. Attached hereto as **Exhibit 18** is a true and correct copy of a letter from Robert L. Sallander Jr. to Duke Wahlquist, dated January 22, 2018. This document was produced by Navigators in this action, Bates numbered CF2405-CF2414. This document was marked as Exhibit 48 to the Deposition of Steve Selzer. Mr. Selzer authenticated this document at 92:13-93:23. This portion of Mr. Selzer's Deposition is included in Exhibit 28 (see paragraph 30 below).

21. Attached hereto as **Exhibit 19** is a true and correct copy of a letter from Brian Kristiansen to Dennis Yeoh, dated February 8, 2016, which was produced by Arch in this action, Bates numbered ARCH0000104-ARCH0000105. This document was attached to Vizio's Third Amended Complaint (ECF No. 58) as Exhibit 11. This document was marked as Exhibit 1053 to the Deposition of Vizio's 30(b)(6) Witness, Dennis Yeoh, Volume I. Mr. Yeoh authenticated this document at 222:7-25. This portion of Mr. Yeoh's Deposition is included in Exhibit 26 (see paragraph 28 below).

22. Attached hereto as **Exhibit 20** is a true and correct copy of an email thread, with the latest in time email between Ray Miller and Michael Gil, dated March 25, 2016,

which was produced by Arch in this action, Bates numbered ARCH0000152. This document was attached to Vizio's Third Amended Complaint (ECF No. 58) as Exhibit 13. This document was marked as Exhibit 1054 to the Deposition of Vizio's 30(b)(6) Witness, Dennis Yeoh, Volume I. Mr. Yeoh authenticated this document at 227:15-228:3. This portion of Mr. Yeoh's Deposition is included in Exhibit 26 (see paragraph 28 below).

23. Attached hereto as **Exhibit 21** is a true and correct copy of a letter from Brian Kristiansen to Dennis Yeoh, dated May 17, 2016, which was produced by Arch in this action, Bates numbered ARCH0000562-ARCH0000564. This document was attached to Vizio's Third Amended Complaint (ECF No. 58) as Exhibit 14. This document was marked as Exhibit 1055 to the Deposition of Vizio's 30(b)(6) Witness, Dennis Yeoh, Volume I. Mr. Yeoh authenticated this document at 232:20-5. This portion of Mr. Yeoh's Deposition is included in Exhibit 26 (see paragraph 28 below).

24. Attached hereto as **Exhibit 22** is a true and correct copy of an email thread, with the latest in time email between Mitchell Terk and ClaimsIRDropFile, dated June 16, 2016, which was produced by Arch in this action, Bates numbered ARCH0000552. The majority of this email thread was also attached to Vizio's Third Amended Complaint (ECF No. 58) as Exhibit 15. This document was marked as Exhibit 1056 to the Deposition of Vizio's 30(b)(6) Witness, Dennis Yeoh, Volume I. Mr. Yeoh authenticated this document at 234:10-235:4. This portion of Mr. Yeoh's Deposition is included in Exhibit 26 (see paragraph 28 below).

25. Attached hereto as **Exhibit 23** is a true and correct copy of an email thread, with the latest in time email between Mitchell Terk and ClaimsIRDropFile, dated June 16, 2016, which was produced by Arch in this action, Bates numbered ARCH0000556-561. The majority of this email thread was also attached to Vizio's Third Amended Complaint (ECF No. 58) as Exhibit 16. This document was marked as Exhibit 1057 to the Deposition of Vizio's 30(b)(6) Witness, Dennis Yeoh, Volume I. Mr. Yeoh authenticated this document at 236:17-237:7. This portion of Mr. Yeoh's Deposition is

included in Exhibit 26 (see paragraph 28 below).

26. Attached hereto as **Exhibit 24** is a true and correct copy of Arch's claim notes, which was produced by Arch in this action, Bates numbered ARCH0000565-569. This document was marked as Exhibit 62 to the Deposition of Brian Kristiansen. Mr. Kristiansen authenticated this document at 31:11-32:1. This portion of Mr. Kristiansen's Deposition is included in Exhibit 29 (see paragraph 31 below).

27. Attached hereto as **Exhibit 25** is a true and correct copy of excerpts of Plaintiff Vizio Inc.'s Response to Arch Insurance Company's Interrogatories, Set One, dated November 15, 2021.

28. Attached hereto as **Exhibit 26** is a true and correct copy of excerpts of the court reporter's transcript of the Deposition of Dennis Yeoh, Volume I, taken under oath and reported by Cherree P. Peterson, RPR, CRR, CSR No. 11108, on November 17, 2021.

29. Attached hereto as **Exhibit 27** is a true and correct copy of excerpts of the court reporter's transcript of the Deposition of Michael Gil, taken under oath and reported by Viola Fedden, CSR No. 5586, on November 5, 2021.

30. Attached hereto as **Exhibit 28** is a true and correct copy of excerpts of the court reporter's transcript of the Deposition of Steve Selzer, taken under oath and reported by Amy M. Lemacks, No. 13425, on October 22, 2021.

31. Attached hereto as **Exhibit 29** is a true and correct copy of excerpts of the court reporter's transcript of the Deposition of Brian Kristiansen, taken under oath and reported by Sandra Nalley, No. 13607, on November 19, 2021.

32. I sent Vizio's and Navigators' counsel a meet and confer letter providing the basis for Arch's Motion for Summary Judgment on November 10, 2021. Counsel for Vizio, Gerard Mooney, my colleague, Dyana Mardon, and I met and conferred telephonically regarding Arch's Motion for Summary Judgment on November 16, 2021, pursuant to Local Rule 7-3. Navigators' counsel, Ann Johnston, also agrees that Arch's Local Rule 7-3 obligations have been met.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 6, 2021 in Los Angeles, California.

By: /s/ Jessica N. Walker
JESSICA N. WALKER