O
JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| VIZIO, INC.,<br><br>             Plaintiff,<br><br>     v.<br><br>ARCH INSURANCE COMPANY, et al.,<br><br>             Defendants. | Case No. 2:20-cv-06864-ODW (ASx)<br><br>**FINAL JUDGMENT** |

      On July 30, 2020, Plaintiff Vizio, Inc. brought this action against Defendants Arch Insurance Company and Navigators Insurance Company based on its claim that Defendants failed to provide benefits pursuant to the terms of Vizio's primary and excess insurance policies. (*See* First Am. Compl., ECF No. 27.) On January 19, 2022, Vizio filed its Fourth Amended Complaint, which constituted Vizio's fifth attempt at stating a claim. (Fourth Am. Compl., ECF No. 139.) On February 2, 2022, Arch moved for the fifth time to dismiss Vizio's complaint for failure to state a claim. (Mot. Dismiss, ECF No. 140.) On July 19, 2022, the Court granted Arch's motion, finding that Vizio cannot state a claim upon which relief may be granted. (*See* Order Granting Mot. Dismiss, ECF No. 165.) As this action has been pending for nearly two years and—despite numerous attempts—Vizio has not yet stated a viable claim, the

Court dismissed Vizio's Fourth Amended Complaint with prejudice and without leave to amend. (*Id.*)

Accordingly, the Court **ORDERS, ADJUDGES,** and **DECREES** as follows:

1. The Court finds that Defendant Arch Insurance Company has not failed to provide insurance benefits in breach of contractual obligations as Vizio alleged; and
2. Judgment is entered for Defendant Arch Insurance Company.

The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

July 19, 2022

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**